| | |
|---|---|
| DISTRICT COURT, COUNTY OF JEFFERSON, STATE OF COLORADO<br><br>100 Jefferson County Parkway,<br>Golden, CO 80401<br>(303) 271-6145 | **EFILED Document**<br>**CO Jefferson County District Court 1st JD**<br>**Filing Date: Mar  9 2007  3:58PM MST**<br>**Filing ID: 14080450**<br>**Review Clerk: Lori G** |
| **Plaintiff:**<br>DUANE ROBERTSON<br><br>v.<br><br>**Defendants:**<br>THE AVATAR GROUP, INC., an Ohio corporation; INTELLINETICS, INC., an Ohio corporation; A. MICHAEL CHRETIEN, individually; MATTHEW L. CHRETIEN, individually | **COURT USE ONLY** |
| <u>**Counsel for Plaintiff**</u><br>Philip W. Bledsoe, No. 33606<br>Nicole A. Westbrook, No. 34310<br>Shughart Thomson & Kilroy, P.C.<br>1050 Seventeenth Street, Suite 2300<br>Denver, CO 80265<br>(303) 572-9300 | Case No.:<br><br>Div: |
| **SUMMONS** | |

**THE PEOPLE OF THE STATE OF COLORADO**

**TO THE DEFENDANT NAMED ABOVE: MATTHEW L. CHRETIEN**

You are summoned and required to file with the Clerk of this Court an answer or other response to the attached Complaint <u>within twenty (20) days after this Summons is served on you in the State of Colorado, or within thirty (30) days after this Summons is served on you outside the State of Colorado.</u>

If you fail to file your answer or other response to the Complaint in writing within the applicable time period, judgment by default may be entered against you by the Court for the relief demanded in the Complaint, without any further notice to you.

2039211.1

The following documents are also served with this Summons:  Civil Cover Sheet and Complaint.

DATED:  March 9, 2007.

                              Respectfully submitted,

                              **SHUGHART THOMSON & KILROY, P.C.**

                              _____

                              Philip W. Bledsoe, No. 33606
                              Nicole A. Westbrook, No. 34310
                              *Attorneys for Plaintiff*