| DISTRICT COURT, COUNTY OF JEFFERSON, STATE OF COLORADO<br><br>100 Jefferson County Parkway,<br>Golden, CO 80401<br>(303) 271-6145 | **EFILED Document**<br>**CO Jefferson County District Court 1st JD**<br>**Filing Date: Mar 20 2007 12:10PM MDT**<br>**Filing ID: 14188139**<br>**Review Clerk: Margie Enquist** |
|---|---|
| **Plaintiff:**<br>DUANE ROBERTSON<br><br>v.<br><br>**Defendants:**<br>THE AVATAR GROUP, INC., an Ohio corporation; INTELLINETICS, INC., an Ohio corporation; A. MICHAEL CHRETIEN, individually; MATTHEW L. CHRETIEN, individually | ▲ COURT USE ONLY ▲ |
| **Counsel for Plaintiff**<br>Philip W. Bledsoe, No. 33606<br>Nicole A. Westbrook, No. 34310<br>Shughart Thomson & Kilroy, P.C.<br>1050 Seventeenth Street, Suite 2300<br>Denver, CO 80265<br>(303) 572-9300 | Case No.: 07 CV 1136<br><br>Div: 8 |
| **RETURN OF SERVICE** ||

STATE OF OHIO              )
                           ) ss.
COUNTY OF _Franklin_       )

I declare under oath that I served this foregoing **SUMMONS, CIVIL COVER SHEET AND COMPLAINT AND JURY DEMAND** on **THE AVATAR GROUP, INC.**, in the County of _Franklin_, State of Ohio, on _3-14-07_ (date) at _10 25_ a.m. (time), at the

2039885.1

following location: __2190 Dividend Dr., Col., Oh. 43228__ by (State Manner of Service) __c/o Matthew Chretien corp. officer__.

I declare that I am over the age of 18 years and am not interested in nor a party to this case.

_Rev. A.T. Hodge_
Private Process Server
Fee $_____
Mileage $_____

IN WITNESS THEREOF this instrument is acknowledged and executed under oath before me the undersigned notary public by __Rev A T Hodge__ this __12__ day of March, 2007.

FELICIA R. OCDISE
Notary Public, State of Ohio
My Commission Expires 10-27-2008

Notary Public _Rev. A. T. Hodge_ _Ocdise_

My commission expires: __10/27/2008__

2039885.1

6