| | |
|---|---|
| DISTRICT COURT, COUNTY OF JEFFERSON, STATE OF COLORADO<br><br>100 Jefferson County Parkway,<br>Golden, CO 80401<br>(303) 271-6145 | **EFILED Document**<br>**CO Jefferson County District Court 1st JD**<br>**Filing Date: Mar 20 2007 12:10PM MDT**<br>**Filing ID: 14188139**<br>**Review Clerk: Margie Enquist** |
| **Plaintiff:**<br>DUANE ROBERTSON<br><br>v.<br><br>**Defendants:**<br>THE AVATAR GROUP, INC., an Ohio corporation; INTELLINETICS, INC., an Ohio corporation; A. MICHAEL CHRETIEN, individually; MATTHEW L. CHRETIEN, individually | ▲ COURT USE ONLY ▲ |
| **Counsel for Plaintiff**<br>Philip W. Bledsoe, No. 33606<br>Nicole A. Westbrook, No. 34310<br>Shughart Thomson & Kilroy, P.C.<br>1050 Seventeenth Street, Suite 2300<br>Denver, CO 80265<br>(303) 572-9300 | Case No.: 07 CV 1136<br><br>Div: 8 |
| **RETURN OF SERVICE** ||

STATE OF OHIO         )
                      ) ss.
COUNTY OF Franklin    )

I declare under oath that I served this foregoing **SUMMONS, CIVIL COVER SHEET AND COMPLAINT AND JURY DEMAND** on **INTELLINETICS, INC.**, in the County of Franklin, State of Ohio, on 3-14-07 (date) at 10:25 a.m. (time), at the

2039886.1

02-20-2007  20:25                                        PAGE4

following location: 2190 Dividend Dr. Col., Oh. 43228 by (State Manner of Service) C/O Matthew Chretian Corp. officer.

I declare that I am over the age of 18 years and am not interested in nor a party to this case.

Rev. A.T. Hodge
Private Process Server
Fee $_____
Mileage $_____

IN WITNESS THEREOF this instrument is acknowledged and executed under oath before me the undersigned notary public by Rev. A.T. Hodge this 15 day of March, 2007.

FELICIA R. OCDISE
Notary Public, State of Ohio
My Commission Expires 10-27-2008

Notary Public

My commission expires: 10/27/08

2039886.1