**EFILED Document**
**CO Jefferson County District Court 1st JD**
**Filing Date: Mar  9 2007  3:58PM MST**
**Filing ID: 14080450**
**Review Clerk: Lori G**

| | |
|---|---|
| DISTRICT COURT, COUNTY OF JEFFERSON, STATE OF COLORADO<br><br>100 Jefferson County Parkway<br>Golden, CO  80401<br>(303) 271-6145 | **COURT USE ONLY** |
| **Plaintiff:**<br>DUANE ROBERTSON<br><br><br>**v.**<br><br><br>**Defendants:**<br>THE AVATAR GROUP, INC., an Ohio corporation; INTELLINETICS, INC., an Ohio corporation; A. MICHAEL CHRETIEN, individually; MATTHEW L. CHRETIEN, individually | Case No.<br><br>Div: |
| **Counsel for Plaintiff**<br>Philip W. Bledsoe, No. 33606<br>Nicole A. Westbrook, No. 34310<br>Shughart Thomson & Kilroy, P.C.<br>1050 Seventeenth Street, Suite 2300<br>Denver, CO 80265<br>(303) 572-9300 | |
| **CIVIL COVER SHEET** | |

1.      This cover sheet shall be filed with the initial pleading of a Complaint, Counterclaim, and Cross Claim or Third Party Complaint in every District Court civil (CV) case.  It shall not be filed in Domestic Relations (DR), Probate (PR), Water (CR), Juvenile (JA, JR, JD, JV) or Mental Health (MH) cases.

2.      Check the boxes applicable to this case.

☐      Simplified Procedure under C.R.C.P. 16.1 applies to this case because this party does not seek a  monetary judgment in excess of $100,000.00 against another party, including any attorney's fees, penalties or punitive damages, but excluding

- 1 -

2039197.1

interest and costs and because this case is not a class action or forcible entry and detainer, Rule 106, Rule 120 or other expedited proceeding.

☒ Simplified Procedure under C.R.C.P. 16.1 does not apply to this case because

    ☐ This is a class action or forcible entry and detainer, Rule 106, Rule 120 or other similar expedited proceeding;

    ☒ This party is seeking a monetary judgment for more than $100,000.00 against another party, including any attorneys fees, penalties or punitive damages, but excluding interest and costs (see C.R.C.P. 16.1(c)),     or

    ☐ Another Party has previously stated in its cover sheet that C.R.C.P. 16.1 does not apply to this case.

3.  ☒  This party makes a Jury Demand at this time and pays the requisite fee.
See C.R.C.P. 38     (Checking this box is optional).

Dated: March 9, 2007.

Respectfully submitted,

**SHUGHART THOMSON & KILROY, P.C.**

*Pursuant to C.R.C.P. 121 § 1-26, this document was E-Filed and/or E-Served via CourtLink, and a duly signed copy is on file and available for inspection at the offices of undersigned counsel.*

Philip W. Bledsoe, No. 33606
Nicole A. Westbrook, No. 34310
*Attorneys for Plaintiff*

- 2 -

2039197.1