STATE COURT PLEADING INDEX
(Robertson v. Avatar Group et al.)

| DOCUMENT NAME | FILE NAME |
|---|---|
| Complaint and Jury Demand | complaint.pdf |
| Exhibit A-C to Complaint | exhibits a-c to complaint.pdf |
| Civil Cover Sheet | coversheet.pdf |
| Summons | summonsavatar.pdf |
| Summons | summonsintellinetics.pdf |
| Summons | summonsamchretien.pdf |
| Summons | summonsmlchretien.pdf |
| Return of Service | returnserviceavatar.pds |
| Return of Service | returnserviceintellinetics.pdf |
| Return of Service | returnserviceamchretien.pdf |
| Return of Service | returnservicemlchretien.pdf |