# SUPPLEMENTAL CIVIL COVER SHEET FOR NOTICES OF REMOVAL

Pursuant to 28 U.S.C. §§ 1446 - 47 and D.C.COLO.LCivR 81.1, the removing party shall promptly file a copy of each of the state court pleadings.

### Section A - Plaintiffs

Plaintiffs remaining in action at the time of filing the notice of removal

Duane Robertson

### Section B - Defendants

Defendants remaining in action at the time of filing the notice of removal

The Avatar Group, Inc.
Intellinetics, Inc.
A. Michael Chretien
Matthew L. Chretien

### Section C - Pending Motions As of Date of Removal

Title of Motion:

1) None
2)
3)
4)

(Use reverse for additional information if necessary)

Date Motion Filed:

N/A

### Section D - Hearings

Are hearings set on any motions? If yes, please list motion, date of hearing, and the assigned judge:

None

_____
Signature of Attorney for Removing Party
Telephone Number: 303-721-7271
Date: 4/9/07

State Court Case No.:
2007 CV 1136, Div. 8
District Court, Jefferson County, Colorado

(Rev. 04/06/06)