IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00729-RPM-MJW

DUANE ROBERTSON,

    Plaintiff,

v.

THE AVATAR GROUP, INC., an Ohio corporation;
INTELLINETICS, INC., an Ohio corporation;
A. MICHAEL CHRETIEN, individually; and
MATTHEW L. CHRETIEN,

    Defendants.

## CERTIFICATE OF SERVICE

In accordance with 28 U.S.C. §1446(d), undersigned counsel for Defendants certifies that on April 9, 2007 he served a copy of the Notice of Removal upon Plaintiff's state court counsel by United States mail, first class postage prepaid and properly addressed.

In accordance with D.C.COLO.LCivR 72.2, undersigned counsel for Defendants further certifies that on April 9, 2007 he served a copy of the Instructions Regarding Notice of Availability of a United States Magistrate Judge to Exercise Jurisdiction (with attached forms) upon Plaintiff's state court counsel by United States mail, first class postage prepaid and properly addressed.

State court counsel to whom the Notice and Instructions were mailed are Philip W. Bledsoe and Nicole A. Westbrook, Shughart Thomson & Kilroy P.C., 1050 Seventeenth Street, Suite 2300, Denver, Colorado 80265.

Dated this 10th day of April, 2007.

                                Respectfully submitted,


                                s/ Randolph S. Dement
                                Randolph S. Dement
                                7720 E. Belleview Avenue, Suite 350
                                Greenwood Village, Colorado  80111
                                Telephone:  303-721-7271
                                Facsimile:  303-779-6006
                                E-mail:  rdement@dementlaw.com
                                Attorney for Defendants

## CERTIFICATE OF SERVICE

     I hereby certify that on April 10, 2007, I electronically filed the foregoing **CERTIFICATE** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail address: Philip W. Bledsoe (pbledsoe@stklaw.com); and I hereby certify that I have served the document to the following non-CM/ECF participant in the manner indicated by the non-participant's name:

Nicole A. Westbrook (mail)
Shughart Thomson & Kilroy, P.C.
1050 Seventeenth Street, Suite 2300
Denver, Colorado  80265

                                s/ Randolph S. Dement
                                Randolph S. Dement
                                7720 E. Belleview Ave., Suite 350
                                Greenwood Village, Colorado  80111
                                Telephone:  303-721-7271
                                Facsimile:  303-779-6006
                                E-mail:  rdement@dementlaw.com
                                Attorney for Defendants