IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00729-RPM-MJW

DUANE ROBERTSON,

    Plaintiff,

v.

THE AVATAR GROUP, INC., an Ohio corporation;
INTELLINETICS, INC., an Ohio corporation;
A. MICHAEL CHRETIEN, individually; and
MATTHEW L. CHRETIEN,

    Defendants.

## CERTIFICATE OF FILING WITH STATE COURT

In accordance with 28 U.S.C. §1446(d), undersigned counsel for Defendants certifies that on April 10, 2007 he filed a copy of the Notice of Removal with the clerk of the state court (Jefferson County District Court) through that court's electronic filing system known as Lexis Nexis File and Serve.

Dated this 10th day of April, 2007.

        Respectfully submitted,

        s/ Randolph S. Dement
        Randolph S. Dement
        7720 E. Belleview Avenue, Suite 350
        Greenwood Village, Colorado  80111
        Telephone:  303-721-7271
        Facsimile:  303-779-6006
        E-mail:  rdement@dementlaw.com
        Attorney for Defendants

## CERTIFICATE OF SERVICE

       I hereby certify that on April 10, 2007, I electronically filed the foregoing **CERTIFICATE** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail address: Philip W. Bledsoe (pbledsoe@stklaw.com); and I hereby certify that I have served the document to the following non-CM/ECF participant in the manner indicated by the non-participant's name:

Nicole A. Westbrook (mail)
Shughart Thomson & Kilroy, P.C.
1050 Seventeenth Street, Suite 2300
Denver, Colorado  80265

                s/ Randolph S. Dement
                Randolph S. Dement
                7720 E. Belleview Ave., Suite 350
                Greenwood Village, Colorado  80111
                Telephone:  303-721-7271
                Facsimile:  303-779-6006
                E-mail:  rdement@dementlaw.com
                Attorney for Defendants