**COHEN BRAME & SMITH**

PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

ONE NORWEST CENTER SUITE 1800

1700 LINCOLN STREET

DENVER, COLORADO 80203

ANDREW L. PIDCOCK

TELEPHONE 303-837-8800
FACSIMILE 303-894-0475

March 4, 1997

Ohio Secretary of State
UCC Division
State Office Tower - 14th Floor
30 East Broad Street
Columbus, Ohio  43266-0418

Dear Sir/Madam:

    Enclosed for filing with the UCC Division of the Ohio Secretary of State is a UCC-1 financing statement with attachments, together with our check in the amount of $9.00 for the filing fee.  Please return the stamped, filed UCC-1 financing statement to me in the enclosed self-addressed envelope.

    If you have any questions or if for any reason you are unable to file the financing statement, please call me at (303) 837-8800.

    Thank you.

                                  Very truly yours,

                                  Andrew L. Pidcock

ALP:jah
Enclosures
cc:   Mr. Duane Robertson
       Mr. Michael Chretien

K:\ALP\LTRS\OHIO-SOS.304