# Exhibit 1

(to Plaintiff's Response in Opposition to Defendants'
Motion to Transfer Venue)


knowledge in motion

Duane Robertson
122 Loveland Way
Golden, CO 80401
4/16/1999

Reference: Intellinetics Purchase and Royalty Agreement

Dear Duane:

As we discussed during your visit to Columbus Matt, Tom and I have certainly been focused on Intellinetics since January of '97. We were determined that we were not going to be outworked.

Significant progress has been achieved, but as you mentioned, we are not out of the woods yet.

In an effort to take advantage of the opportunities that our achievements have made possible, we have put a loan package together to secure additional funding. To date, we have been operating on a $250,000 Line of Credit. This level of funding will not enable us to market intelliVUE and identiVUE nationally.

We are attempting to secure a $400,000 five-year permanent loan and a $350,000 Line of Credit that would fund further growth of Intellinetics.

Although we have demonstrated we have potential, unfortunately Intellinetics is not an attractive candidate to the banks. There is not much in the way of inventory that can be attached, etc. Typically, the banks are most willing to loan when you don't need them.

To date, we have been turned down by two banks but are hopeful that one of the two remaining banks will come through. The bankers have expressed concern about the Agreement in terms of the fact that our indebtedness to you is not fixed. We indicated that we were in the process of addressing this issue.

What we request is that the Agreement be modified so that our indebtedness is capped at $750,000. The language that would have to be modified that expands our indebtedness is contained in sections 2 & 3. We would be able to agree to a payment schedule of two sizable payments per year. If Intellinetics were sold (we have no such intent) we would protect your interests by requiring payment to you of the balance of the debt at time of closing.

I know that this is asking much but quite frankly, If Matt, Tom and I had not stepped up to the plate I believe that you would have lost your total Intellinetics investment.

Additionally we would like to have the sense that our collective commitment and focus will be rewarded.

After you have had an opportunity to think about this please give me a call.

Sincerely,

Mike Chretien

434 East Rich Street, Columbus, OH 43215   www.intellinetics.com   voice: 614.227.5835   fax: 614.227.5840