# Exhibit 2

(to Plaintiff's Response in Opposition to Defendants'
Motion to Transfer Venue)

## CONFIDENTIAL MEMORANDUM

TO:       DUANE ROBERTSON

FROM:     MATT CHRETIEN

SUBJECT:  SHORT TERM FUNDING REQUEST

DATE:     9/27/00

CC:       A. MICHAEL CHRETIEN, CHUCK WILLIAMS

Request: $300,000 immediate short term loan until June 1, 2001 at a rate of 8.5%

Background:

We need to alleviate shortfalls in our immediate cash flows caused by temporary delays in both project deliveries and project awards. We are currently on track to reach our sales goals for year end, however, several key project awards have been delayed from summer of 2000 to late November/December. Obviously this delays delivery & receipt of cash. We are requesting a short term loan to provide operating capital for the 4th Qtr 2000 and 1st Qtr 2001.

The following statistics are provided for your information:

| | | |
|---|---|---|
| Total Sales to-date this year | $1,018,830 | |
| Expected Projects to complete by year end | $ 688,753 | cash will be available 1st Qtr 2001 |
| **Total Projected 2000 Sales** | **$1,707,583** | 7% increase over Last Year |

1st Quarter Projects nearing close with at least an 80% chance of success:

| | | |
|---|---|---|
| Sacramento County | $1,023,000 | award expected 10/15/00 |
| | | Cash expected 2nd Qtr 2001 |
| OH State Hwy Patrol | $ 357,753 | award expected 11/1/00 |
| | | Cash expected late 1st Qtr 2001 |
| WA NJ PD | $ 85,282 | award expected 11/1/00 |
| | | Cash expected 1st Qtr 2001 |
| Fairfield NJ PD | $ 40,000 | award expected 11/15/00 |
| | | Cash expected 1st Qtr 2001 |
| WASPC | $ 850,000 | award expected 12/31/2000 |
| | | Cash expected 2nd Qtr 2001 |

We appreciate your consideration. If we can provide any further information please call me