# Exhibit 3

(to Plaintiff's Response in Opposition to Defendants' Motion to Transfer Venue)




Mr. Duane Robertson
122 Loveland Way
Golden, Colorado 80401

October 16, 2002

Reference: intelli**netics**, Inc. Status Report.

Dear Duane:

The purpose of this communication is to provide you with information that will enable you to determine where we are today and, more importantly, to assess where we are headed. Clearly, we are not where we would like to be but, we have made significant progress and the ship is headed in the right direction.

The following listed document (with accompanying comments) are provided for your review:

- intelli**netics**, Inc. and The Avatar Group Inc., Combined Profit & Loss Compilation & Pro Forma (1997-2002)
- intelli**netics**, Inc., Staffing, Support Volume, Clients Snapshot
- Sales Statistics Review – Combined Sales Team
- Sales Pipeline – Combines Sales Team
- Strategic Sales Plan 2002 - Revised

Despite an uncertain economic environment, we have produced a strong sales year. Our year-end expectation is to exceed last year's sales volume while going into next year with a robust sales pipeline.

We have made significant progress towards building an efficient sales and supportive operation teams. This is demonstrated by our collective ability to successfully price and close sales, followed by an "on time and on budget" installation which leads to a satisfied client. It certainly has not been easy, but clearly the stage has been set for continued future growth.

Historically have been challenged to generate the necessary volume of qualified sales opportunities that is a prerequisite to fuel growth. All good things start with sales. As your review of the material will ascertain, we are generating the type and volume of marketing and sales activities that result in growth.

2190 Dividend Drive, Columbus, OH 43228 www.intellinetics.com voice: 614.921.8170 fax: 614.850.2789

Matt and I appreciate your patience and confidence in us. We will continue to do what is necessary so that it will prove to be well founded. Although the wider economic climate has proven too challenging for many organizations that, in theory, had much more fiscal strength/staying power that we did, we continue to survive and grow.

More importantly, it is yet another affirmation that the tough work to understand how to build revenue and grow the company is beginning to take effect. The attached repayment schedule is what we can commit to adhere to at this point. After you have an opportunity to review this communication, please give me a call.

Thanks,

Mike Chretien
Vice President

Date: 10/16/2002

Confidential

# intellinetics, Inc. and The Avatar Group, Inc.

## Combined Profit / Loss

| Income Statement - Summary of 1996-2001 | Combined 1997 | % of Sales 1997 | Combined 1998 | % of Sales 1998 | Combined 1999 | % of Sales 1999 | Combined 2000 | % of Sales 2000 | Combined 2001 | % of Sales 2001 | Actual as of 9/30/2002 | Total Expected through year end | % of Sales 2001 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sales | | | | | | | | | | | | | |
| Sales | 881,224 | | 1,714,175 | | 1,865,363 | | 1,476,862 | | 2,156,847 | | 1,358,023 | 1,816,023 | |
| Other | | | | | | | | | | | | | |
| Total Sales | 881,224 | | 1,714,396 | | 1,865,363 | | 1,476,862 | | 2,158,847 | | 1,358,023 | 1,816,023 | |
| *Less Cost of Goods Sold* | | | | | | | | | | | | | |
| Materials | 401,320 | 46% | 459,302 | 27% | 399,768 | 21% | 578,506 | 39% | 57,136 | | 186,824 | 226,824 | |
| Labor | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% | 570,012 | | 9,809 | 25,714 | |
| Overhead | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% | | | | | |
| Other | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% | | | | | |
| Total Cost of Goods Sold | 401,320 | 46% | 459,302 | 27% | 399,768 | 21% | 578,506 | 39% | 627,148 | 29% | 196,633 | 252,538 | 14% |
| Gross Profit | 479,904 | 54% | 1,255,094 | 73% | 1,465,615 | 79% | 898,356 | 61% | 1,531,699 | 71% | 1,161,390 | 1,563,486 | 72% |
| Operating Expenses | | | | | | | | | | | | | |
| Salaries and wages | 211,970 | 24% | 553,310 | 32% | 750,618 | 40% | 713,129 | 48% | 834,302 | 39% | 748,767 | 845,148 | 47% |
| Commissions | 0 | 0% | 11,347 | 1% | 0 | 0% | 0 | 0% | 1,388 | 0% | 14,563 | 22,563 | 1% |
| Accrued wages | 0 | 0% | 0 | 0% | 62,552 | 3% | 0 | 0% | 0 | 0% | 0 | 0 | 0% |
| Employee benefits | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% | 31,898 | 31,898 | 2% |
| Outside services | 8,550 | 1% | 1,350 | 0% | 24,098 | 1% | 0 | 0% | 13,073 | 1% | 0 | 2,600 | 0% |
| Charitable contributions | 0 | 0% | 90 | 0% | 300 | 0% | 0 | 0% | 0 | 0% | 100 | 100 | 0% |
| Payroll taxes | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% | 67,044 | 3% | 60,170 | 67,612 | 4% |
| Rent | 21,745 | 2% | 27,112 | 2% | 74,963 | 4% | 103,144 | 7% | 265,573 | 12% | 199,929 | 205,927 | 11% |
| Bad debts | 0 | 0% | 20,751 | 1% | 0 | 0% | 5,659 | 0% | 0 | 0% | 0 | 0 | 0% |
| Leased equipment | 0 | 0% | 6,068 | 0% | 14,165 | 1% | 23,092 | 2% | 2,821 | 0% | 3,685 | 4,885 | 0% |
| Security | 426 | 0% | 1,119 | 0% | 1,245 | 0% | 714 | 0% | 405 | 0% | 1,797 | 1,797 | 0% |
| Utilities | 6,333 | 1% | 2,917 | 0% | 282 | 0% | 15,052 | 1% | 757 | 0% | 11,289 | 13,741 | 1% |
| Repairs and maintenance | 911 | 0% | 4,394 | 0% | 36,484 | 2% | 16,602 | 1% | 8,256 | 0% | 9,035 | 9,035 | 0% |
| Insurance | 14,107 | 2% | 26,622 | 2% | 54,699 | 3% | 76,553 | 5% | 26,209 | 1% | 15,911 | 16,547 | 1% |
| Taxes, Licenses and Permits | 22,628 | 3% | 48,904 | 3% | 77,005 | 4% | 68,581 | 5% | 5,865 | 0% | 9,955 | 9,955 | 1% |
| Dues and subscriptions | 5,080 | 1% | 2,362 | 0% | 2,994 | 0% | 3,088 | 0% | 0 | 0% | 461 | 561 | 0% |
| Interest | 27,076 | 3% | 30,423 | 2% | 47,904 | 3% | 125,369 | 8% | 56,965 | 3% | 35,206 | 39,079 | 2% |
| Travel | 27,341 | 3% | 1,325 | 0% | 4,027 | 0% | 38,025 | 3% | 22,850 | 1% | 18,461 | 21,764 | 1% |
| Telephone | 15,788 | 2% | 31,611 | 2% | 45,342 | 2% | 55,495 | 4% | 29,252 | 1% | 21,938 | 22,816 | 1% |
| Postage | 3,311 | 0% | 5,291 | 0% | 3,958 | 0% | 2,675 | 0% | 2,662 | 0% | 3,654 | 3,800 | 0% |
| Office supplies | 15,706 | 2% | 13,496 | 1% | 22,578 | 1% | 37,531 | 3% | 12,193 | 1% | 0 | 0 | 0% |
| Advertising | 4,162 | 0% | 9,567 | 1% | 34,864 | 2% | 30,696 | 2% | 0 | 0% | 11,258 | 11,258 | 1% |
| Marketing/promotion | 965 | 0% | 28,813 | 2% | 29,028 | 2% | 21,319 | 1% | 86,079 | 4% | 44,774 | 46,565 | 3% |
| Sales expenses | 3,000 | 0% | 45,102 | 3% | 24,398 | 1% | 17,437 | 1% | 0 | 0% | 0 | 0 | 0% |
| Professional fees | 11,061 | 1% | 9,172 | 1% | 5,244 | 0% | 60,143 | 4% | 30,464 | 1% | 63,324 | 65,074 | 4% |
| Patent rights | 35,540 | 4% | 34,164 | 2% | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0 | 0% |
| Training and development | 5,532 | 1% | 3,902 | 0% | 5,045 | 0% | 2,345 | 0% | 9,784 | 0% | 6,830 | 7,103 | 0% |
| Bank charges | 304 | 0% | 2,200 | 0% | 3,236 | 0% | 1,019 | 0% | 3,186 | 0% | 308 | 425 | 0% |
| Depreciation | 31,247 | 4% | 56,004 | 3% | 62,510 | 3% | 57,500 | 4% | 44,956 | 2% | 0 | 42,754 | 2% |
| Amortization | 4,508 | 1% | 4,508 | 0% | 16,852 | 1% | 27,961 | 2% | 25,616 | 1% | 0 | 21,603 | 1% |
| 50% Meals, etc. | 2,180 | 0% | 0 | 0% | 475 | 0% | 9,811 | 1% | 0 | 0% | 0 | 10,267 | 1% |
| Automobile expense | 0 | 0% | 176 | 0% | 89 | 0% | 0 | 0% | 0 | 0% | 0 | 0 | 0% |
| Accrued moving expense | 0 | 0% | 22,000 | 1% | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0 | 0% |
| Miscellaneous | 1,641 | 0% | 1,806 | 0% | 1,218 | 0% | 0 | 0% | 0 | 0% | 0 | 0 | 0% |
| Special deduction | 0 | 0% | 34,270 | 2% | 0 | 0% | 0 | 0% | 144,299 | 7% | 0 | 0 | 0% |
| Other | 0 | 0% | 0 | 0% | 0 | 0% | 2,288 | 0% | 0 | 0% | 0 | 0 | 0% |
| Total Operating Expenses | 481,111 | 55% | 1,040,176 | 61% | 1,406,174 | 75% | 1,515,428 | 81% | 1,695,000 | 79% | 1,313,313 | 1,524,896 | 84% |
| Operating Income | (1,207) | 0% | 214,918 | 13% | 59,441 | 3% | (617,072) | -42% | (163,301) | -8% | (151,923) | 38,589 | 2% |
| Interest income (expense) | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0 | 0% |
| Other income (expense) | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0 | 0% |
| Total Nonoperating Income (Expense) | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0 | 0% |
| Income (Loss) Before Taxes | (1,207) | 0% | 214,918 | 13% | 59,441 | 3% | (617,072) | -42% | (163,301) | -8% | (151,923) | 38,589 | 2% |
| Income Taxes | 4,959 | | 59,261 | | 8,678 | | 0 | | 11,011 | | 11,011 | 19,094 | |
| Net Income (Loss) | (6,166) | -1% | 155,657 | 9% | 50,763 | 3% | (617,072) | -42% | (174,312) | -8% | (162,934) | 19,495 | 1% |
| Cumulative Net Income (Loss) | (6,166) | -1% | 155,657 | 9% | 50,763 | 3% | (617,072) | -42% | (174,312) | -8% | (162,934) | 19,495 | 1% |

| METRICS: | 1997 | 1998 | 1999 | 2000 | 2001 | Actual as of 9/30/2002 | Total Expected through year end |
|---|---|---|---|---|---|---|---|
| Staffing - FTE | 7 | 10 | 12 | 13 | 15 | 15 | 15 |
| Clients | 39 | 56 | 77 | 91 | 108 | 112 | 114 |
| Concurrent Users | 363 | 576 | 748 | 1188 | 1540 | 1640 | 1665 |

Note:
Black = Actual per tax return. Green = Actuals through Sep 30th 2002. Blue = 2002 Income/Expense at year end.



Confidential

# The Avatar Group Inc. and intellinetics, Inc.
## Staffing, Support Volume, and Maintenance Revenue SnapShot

compiled per review of tax returns and current financial data

| | 1997 | 1998 | 1999 | 2000 | 2001 | *Projections 2002* |
|---|---|---|---|---|---|---|
| **Metrics:** | | | | | | |
| Staffing - Full Time Equivalents (FTE)s | 7 | 10 | 12 | 13 | 15 | *15* |
| Annual Support Volume | $82,808 | $75,744 | $177,164 | $277,378 | $400,086 | *$437,593* |
| Clients | 39 | 56 | 77 | 91 | 108 | *112* |
| Concurrent users | 363 | 576 | 748 | 1188 | 1540 | *1640* |

## 2002 Sales Statistics Review - Combined Sales Team

**Week Ending Friday:** 10/4/2002

| Sales Manager | Appointments (substantive discussion) | | New Pipeline Entries | | Demos Performed | | Proposal $ | | Proposals Sent | | Successful Proposals (hard copy PO received) | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| For the week ending: | 9/27/2002 | 10/4/2002 | 9/27/2002 | 10/4/2002 | 9/27/2002 | 10/4/2002 | 9/27/2002 | 10/4/2002 | 9/27/2002 | 10/4/2002 | 9/27/2002 | 10/4/2002 |
| Matt | 1 | 2 | 0 | 0 | 1 | 0 | $ 26,750 | $ - | 1 | 0 | $ - | $ - |
| John | 1 | 1 | 0 | 2 | 0 | 0 | $ 174,154 | $ 136,638 | 1 | 1 | $ 54,863 | $ - |

| | Appointments | New Pipeline Entries | Demos Performed | Proposals $ | Proposals Sent | Successful Proposals |
|---|---|---|---|---|---|---|
| Jan02 Totals | 13 | 6 | 9 | $994,719 | 4 | $0 |
| Feb02 Totals | 19 | 5 | 4 | $1,248,419 | 7 | $85,764 |
| Mar02 Totals | 23 | 15 | 2 | $1,458,349 | 5 | $228,288 |
| **Q1 Team Totals** | **55** | **26** | **15** | **$3,701,487** | **16** | **$314,052** |
| Apr02 Totals | 17 | 10 | 8 | $2,486,122 | 7 | $0 |
| May02 Totals | 9 | 17 | 5 | $401,427 | 3 | $858,231 |
| Jun02 Totals | 7 | 3 | 8 | $365,883 | 6 | $153,050 |
| **Q2 Team Totals** | **33** | **30** | **21** | **$3,253,432** | **16** | **$1,011,281** |
| Jul02 Totals | 15 | 2 | 3 | $535,415 | 3 | $4,500 |
| Aug02 Totals | 16 | 9 | 4 | $159,779 | 3 | $0 |
| Sep02 Totals | 12 | 12 | 4 | $741,568 | 6 | $54,863 |
| **Q3 Team Totals** | **43** | **23** | **11** | **$1,436,762** | **12** | **$59,363** |
| Oct02 Totals | 3 | 2 | 0 | $136,638 | 1 | $0 |
| Nov02 Totals | 0 | 0 | 0 | $0 | 0 | $0 |
| Dec02 Totals | 0 | 0 | 0 | $0 | 0 | $0 |
| **Q4 Team Totals** | **3** | **2** | **0** | **$136,638** | **1** | **$0** |
| **YTD Team Totals** | **134** | **81** | **47** | **$8,528,319** | **45** | **$1,384,696** |

P.O.'s "To Go" for 2002 $1,415,304

**New Pipeline Entries Week Ending: 10/4/2002**

| | Client | Added to Pipeline | Project | Source | Next Step to Close |
|---|---|---|---|---|---|
| Matt | | | | | |
| | | | | | |
| | | | | | |
| John | Hamilton Co. Sheriff | 10/2/2002 | *iVUE* | Xerox Connect | John to determine |
| | OH Auditor of State | 10/4/2002 | *iVUE* Upgrade | Upgrade | John to write proposal |
| | | | | | |

Confidential Confidential

# intellinetics, Inc.
## Sales Pipeline 2002

Sales Manager: John & Matt
As of: 10/4/2002

Sort Qualified Prospects first, by closest to closing (IV then III, then II, last I) then Lead Prospects by closest to closing

* Prospects expecting proposals within 2 weeks are in bold italics.

Code Key:
Q = Qualified prospect = prospect has interest, need, timeline & budget
L = Lead prospect = interest, need & expected timeline of < 16 months

I = No firm Timeline & Budget (found on Worksheet 2)
II = Timeline & Budget confirmed
III = Proposal has been presented
IV = PO rec'd / No Delivery

| Count | CODE | STATUS | CLIENT | Added to Pipeline | ACCT MGR | PROJECT | SOURCE | BUDGETARY COST | BUDGETARY DATE | Proposal w/in 2 wks? | PROPOSAL HARDWARE | SOFT. & SERV. | Multi Yr Sup. | TOTAL | DATE | Est. EXPECTED INSTALL | NEXT STEP TO CLOSE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Q | III | OH - Middletown, City of | 09/28/01 | John | iVUE | Matt | | | | $ 13,093 | $ 42,443 | $ - | $ 55,536 | 04/01/02 | 3Q2002 | Rewrite proposal as time allows |
| 2 | Q | III | OH - Franklin County Sheriff's Office Upgrade | 11/16/01 | Matt | idVUE Upgrade integ w Optimum | Kathy Crandall | | | | $ - | $ 190,390 | $ - | $ 190,390 | 06/06/02 | 3Q2002 | Confirm date for presentation to the Commissioners office |
| 3 | Q | III | NY - Auburn PD | 12/10/01 | John | idVUE - 5 users | email request (Harv) | | | | $ 23,647 | $ 17,668 | $ - | $ 41,315 | 10/26/01 | 3Q2002 | 8/27 per Officer Butler - still no word on grant funding |
| 4 | Q | III | OH - OSU Transportation & Parking Services | 01/29/02 | John | System Expansion | Client Follow-up | | | | $ - | $ 28,273 | $ - | $ 28,273 | 02/01/02 | 1Q2003 | iVUE expansion not currently in budget; Beth to check with Sara for next steps and report to John |
| 5 | Q | III | OH - Whitehall Police Dept, City of | 03/04/02 | John | iVUE & idVUE Upgrade | upgrade (Darrin) | | | | $ 2,015 | $ 14,686 | $ - | $ 16,701 | 04/01/02 | | Per Mark Thomas - MDT project still proceeding; Call in September to see if any money is left |
| 6 | Q | III | OH - Data Services (ODPS) | 04/11/02 | John | iVUE 5-User | Capt. Friday | | | | $ - | $ 14,096 | $ - | $ 14,096 | 04/26/02 | 4Q2002 | John/Matt to check with Matt Gruenbaum about ODPS |
| 7 | Q | III | NJ - Fairfield Police Department | 04/15/02 | John | idVUE Upgrade | Customer Call | | | | $ - | $ 7,206 | $ - | $ 7,206 | 07/02/02 | Unknown | Steve busy at this time; will contact when time and priority permit |
| 8 | Q | III | OH - Franklin County Prosecutor's Office | 04/22/02 | Matt | ICMS Consulting Services & CMS | Kay Kawalec | | | | $ 62,945 | $ 270,678 | $ - | $ 333,623 | 07/03/02 | 3Q2002 | Await news on funding |
| 9 | Q | III | WA - WASPC | 05/07/02 | John | iVUE Upgrade | upgrade | | | | $ - | $ 19,555 | $ - | $ 19,555 | 06/07/02 | | John Z emailed Tracy; f/u w/e 9/6 |
| 10 | Q | III | OH - Delaware County Records Center | 05/23/02 | John | iVUE with Optimum | Optimum | | | | $ 22,508 | $ 81,087 | $ - | $ 103,595 | 06/05/02 | 4Q2002 | RFP release delayed due to legal department review. |
| 11 | Q | III | AL - Alabama CJIS | 06/19/02 | Matt | idVUE Read-Only API | Isaac Kervin | | | | $ - | $ 19,600 | $ - | $ 19,600 | 06/17/02 | 4Q2003 | Matt & Brian to write SOW |
| 12 | Q | III | OH - Franklin County Public Defender's Office | 07/12/02 | Matt | ICMS Upgrade | Jim Fain | | | | $ 239,826 | $ 163,500 | $ - | $ 403,326 | 07/12/02 | 1Q2003 | Awaiting budget approval, Nov02 |
| 13 | Q | III | AZ - Tucson Police Department | 09/08/02 | Matt | ILSH | Centurion Solutions | | | | $ 30,273 | $ 199,623 | $ - | $ 229,896 | 09/17/02 | | Proposal emailed to JKincaid @ CYBER 9/17/02. |
| 14 | Q | III | LA - Baton Rouge PD | 09/20/02 | John | iVUE | LocalStar | | | | $ 34,929 | $ 100,909 | $ - | $ 136,638 | 10/03/02 | | proposal FedEx-ed 10/3/02 |
| 15 | Q | III | OH - OSHP RIMS | 09/20/02 | Matt | RIMS Image Enable Project | Jeff Maute | | | | | $ 26,750 | | $ 26,750 | 09/27/02 | | Emailed proposal to Capt. Friday 9/27 |
| ***16*** | ***Q*** | ***II*** | ***NV - Nevada Department of Insurance*** | ***09/26/02*** | ***John*** | ***intelliVUE*** | ***Sales Campaign*** | | | ***yes*** | | | | | | | ***Proposal due 10/14*** |
| ***17*** | ***Q*** | ***II*** | ***NE - Nebraska State Patrol*** | ***09/10/02*** | ***John*** | ***iVUE*** | ***LocalStar*** | | | ***yes*** | | | | | | | ***RFP response due 10/16*** |
| 18 | Q | II | OH - City of Obetz | 05/21/01 | John | iVUE Upgrade | upgrade | $15,000 | | | | | | | | 1Q2003 | Will propose upgrade in October 2002 for FY2003 |
| 19 | Q | II | OH - Sharonville Police Department | 11/27/01 | John | idVUE | OH-1 | $75k - 100k | 14-Jan-02 | | | | | | | 2Q2002 | Follow up with Lt. Fisher w/e 10/4/2002 |
| 20 | Q | II | OH - Ohio Public Employees Retirement System | 03/29/02 | John | iVUE | TOS/netwave | | | | | | | | | | RFP postponed until Q1 2003 |
| 21 | Q | II | OH - Dublin PD | 04/08/02 | John | Web idVUE | Call to Heinz | | | | | | | | | 2002 | Provide information re: idVUE point releases and FSCO upgrade |
| 22 | Q | II | NY - NY State Department of Correctional Servi | 06/25/02 | Matt | IdentiVUE | NY State Term | | | | | | | | | 1Q2003 | RFP to be released 4Q2002 |
| 23 | Q | II | AL - Alabama Department of Insurance | 08/17/02 | John | intelliVUE | Sales Campaign | | | | | | | | | 2Q2003 | RFP to be released in FY2003 (October 1 - September 30) |
| 24 | L | II | OH - National Auto Care | 05/05/02 | John | intelliVUE | Cold Call | | | | | | | | | | Exploratory mode - want system in around March03 |
| 25 | Q | II | OH - Scotts | 05/20/02 | Matt | intelliVUE | Ray & Barney | | | | | | | | | | Meet with Chasity to fine tune demo app |
| | | | intellinetics TOTAL: | | | | | | | | $ 429,238 | $ 1,196,464 | $ - | $ 1,626,502 | | | |

Base Software Commission: 5% $ 59,823
3 or 5 year prepaid Support Commission: 1% $ -

TIBURON SALES INITIATIVES

| Count | CODE | STATUS | CLIENT | Added to Pipeline | ACCT MGR | PROJECT | Tiburon Contact | BUDGETARY COST | BUDGETARY DATE | Proposal w/in 2 wks? | PROPOSAL HARDWARE | SOFT. & SERV. | Multi Yr Sup. | TOTAL | DATE | Est. EXPECTED INSTALL | NEXT STEP TO CLOSE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Q | III | VA - Arlington Police Department | 04/26/02 | Matt | iVUE with Tiburon | Kemp Freund | | | | $ 86,205 | $ 183,171 | $ - | $ 269,376 | 04/29/02 | 4Q2002 | Expecting award by end of September per K.Freund |
| 2 | Q | III | WI - Milwaukee PD | 11/06/01 | John | iVUE | Ken Peters | | | | $ 132,379 | $ 298,048 | $ - | $ 431,277 | 03/01/02 | | Disparity of $900K; intellinetics to try to establich contact with Capt. Henderson in Records |
| 3 | Q | III | WI - Milwaukee Fire Department | 11/06/01 | John | iVUE | Ken Peters | | | | $ 25,051 | $ 146,885 | $ - | $ 171,936 | 03/21/02 | | FD leaning toward another vendor per Paul Nocero email 8/26 |
| 4 | Q | III | TX - Grand Prairie Police Department | 10/17/01 | John | iVUE | Chuck Reeves | | | | $ 21,292 | $ 120,686 | $ - | $ 141,978 | 02/06/02 | 4Q2002 | Grand Prairie PD reviewing imaging |
| 5 | Q | III | TX - Fort Worth Police Department iVUE | 11/06/01 | John | iVUE | Chuck Reeves | | | | $ - | $ 157,766 | $ - | $ 157,766 | 01/15/02 | 4Q2002 | Trent Honea gone; need to reconnect with Fort Worth PD |
| 6 | Q | III | TX - Waco PD | 03/11/02 | John | iVUE | Chuck Reeves | | | | $ 17,539 | $ 108,984 | $ - | $ 126,523 | 05/14/02 | 3Q2002 | Budgeting for Oct 02 - wants to sole source to Tiburon; call Ryan Holt |
| 7 | Q | III | MO - Springfield PD | 12/10/01 | John | iVUE | Chuck Reeves | | | | $ 57,825 | $ 121,940 | $ - | $ 179,765 | 03/11/02 | 3Q2002 | Pending - no feedback other than planning for Oct 02 - may have to |
| 8 | Q | III | CA - Anaheim Police Department, City of | 03/28/02 | John | 50-User iVUE | Tim Irelan | | | | $ 124,148 | $ 234,198 | $ - | $ 358,346 | 04/08/02 | | Call Tim Irelan for update. |
| 9 | Q | III | GA - Chatham County Recorder's Court (Savann | 05/17/02 | John | iVUE Integration w FACTS | Becky Ward | $136k - 154k | 13-Jun-02 | | $ 15,775 | $ 76,679 | $ - | $ 92,454 | 09/16/02 | | Proposal emailed to Tiburon 9/16/02 |
| 10 | Q | III | FL - Gainesville PD | 05/07/02 | John | intelliVUE 10-user | Becky Ward | $190k - 210k | 6-May-02 | | $ 33,549 | $ 110,817 | $ - | $ 144,366 | 09/18/02 | | Proposal emailed to Tiburon 9/18/02. |
| 11 | Q | III | NC - Greensboro PD | 09/24/02 | John | iVUE | Becky Ward | | | | $ 46,181 | $ 115,800 | $ - | $ 174,154 | 09/27/02 | | Response emailed to Jory & Becky 9/27. |
| 12 | Q | II | CA - Santa Clara | 09/18/02 | John | intelliVUE | TUG | $170 - 190k | 27-Sep-02 | | | | | | | | Bob Whitaker emailed to request demo on site in next 2 weeks |
| 13 | Q | II | TX - North Richland PD | 09/16/02 | John | iVUE | TUG | | | | | | | | | | IS Department to contact intellinetics in October to arrange demo |
| 14 | Q | II | CA - City of Alameda PD | 09/17/02 | John | iVUE | TUG | | | | | | | | | | |
| | | | Tiburon TOTAL: | | | | | | | | $ 559,944 | $ 1,674,994 | $ - | $ 2,247,961 | | | |

Base Software Commission: 5% $83,750
3 or 5 year prepaid Support Commission: 1% $ -

| PIPELINE TOTAL: | HARDWARE | SOFT. & SERV. | Multi Yr Sup. | TOTAL |
|---|---|---|---|---|
| | $ 989,182 | $ 2,871,458 | $ - | $ 3,874,463 |

Base Software Commission: 5% $143,573
3 or 5 year prepaid Support Commission: 1% $ -

# intellinetics

# Strategic Sales Plan 2002 - Revised

**Introduction:**

This document summarizes the strategic and tactical sales goals and objectives for the remainder of FY2002. The objectives of this document are to provide senior management staff with and understanding of how and why sales efforts will be focused on certain targeted markets and companies. Specific goals, strategies and tactics are outlined below.

**Targeted Markets:**

In a shift of strategy, intelli**netics** will focus sales efforts on 5, targeted vertical markets in which we have demonstrated success in this fiscal year by closing a marquee account. These vertical markets and the marquee account in order of priority include:

1. Healthcare (CareWorks)
2. Automotive (Ricart)
3. Insurance (ODI and WVIC)
4. Traffic Accident Reporting Systems (OSHP RAM)
5. Financial Services (COCC)

The new strategy will refocus priorities to markets in which we have achieved recent and notable success. In short, we want "to throw our line in where we have already caught fish." This shift in strategy is to leverage the momentum generated by our current success with Ricart Automotive, CareWorks, and the West Virginia Insurance Commission (WVIC) and to prioritize our limited sales activity time to prospect in markets in which we have already done well. We will continue to take advantage of opportunities that present themselves in other markets, but we will focus the majority of our time and efforts in these specific markets with notable clients that provide positive referrals. In addition, our recent successes provide access to Subject Matter Experts that can assist us in telling our story in order to provide a more focused return on investment calculation and industry hot buttons and parlance to communicate such a return.

Each strategic sales campaign will be supported by a detailed, activity-oriented tactical plan to achieve success. The remainder of this document outlines the general tactics for these focused Strategic Sales Campaigns and provides specific timelines for each vertical market.

**General Tactics:**

The phases of each sales campaign are as follows:

1. Engage the key contacts at each client to act as Subject Matter Experts (SMEs) work with us as partners to increase penetration with their market
2. Complete detailed interviews with all client SMEs
    a. Why did your select intellinetics?

   b. What problems (industry specific) does intelliVUE solve for you?
   c. What are the industry processes and hot buttons that we should focus on in our marketing campaign?
   d. Who are the leading companies within your industry that we should contact?
   e. Who are the relevant contacts in your industry and what are their titles? (i.e. what is the appropriate level of entry?)
3. Conduct Business Process Analysis if necessary (Jen Eckleberry) for a more complete understanding of the return on investment
4. Create industry specific marketing collateral
5. Create industry specific prospect list based on information gathered from SMEs
6. Conduct focused, phased direct mail campaign
7. Solicit referrals from SMEs to begin "warm" calls to top prospects on direct mail list
8. Qualify prospects quickly and classify as either:
   a. Lead - Demonstrates interest and budget
   b. Incubate – interested but constraints prevent action at this time
   c. No Sale – already has system or is not cooperative in prospecting process
9. Schedule demonstrations
10. Present proposals
11. Close sale

### Healthcare Campaign

| Task | Date |
|---|---|
| Met with Vanessa Marks and Jerry Haas and confirmed willingness to act as SME | July 1, 2002 |
| Scheduled detailed interview with Vanessa and Jerry | August 8, 2002 |
| Business Process Analysis (Jen Eckleberry) for a more complete understanding of the return on investment | On going |
| Create industry specific marketing collateral and submit to SME for review | August 20, 2002 |
| Solicit referrals from SMEs to begin "warm" calls to top prospects on direct mail list | August 8, 2002 |
| Create industry specific prospect list based on information gathered from SMEs:<br>a. MCO Report Card list<br>b. TPA list<br>c. Voc referrals | August 8, 2002 |
| Conduct focused, phased direct mail campaign | August 20, 2002 |
| Complete initial phase of sales campaign | December 31, 2002 |
| Reevaluate Strategic Sales Campaign and adjust if necessary | December 30-31, 2002 |

Case No. 1:07-cv-00729-RPM Document 12-3 filed 05/07/07 USDC Colorado pg 10 of 14



**Healthcare Goals and Objectives:**

- Contact 15 MCOs, 15 TPAs and 5 Voc (2 per week)
- Secure two new business appointments per week
- Sell at least $500,000 in software and services

Automotive Campaign

| Task | Date |
|---|---|
| Met with Rob Caruthers on and confirmed willingness to act as SME | July 24, 2002 |
| Schedule interview with Rob following:<br>• Resolution of default lookup values issue<br>• Solution sign-off | By August 14, 2002 |
| Schedule Business Process Analysis (Jen Eckleberry) for a more complete understanding of the Ricart return on investment | Mid-August 2002 |
| Create industry specific marketing collateral and submit to SME for review | August 30, 2002 |
| Solicit referrals from SMEs to begin "warm" calls to top prospects on direct mail list | |
| Create industry specific prospect list based on information gathered from SMEs:<br>d. Ricart national peer group (megamalls) - 50+ national prospects<br>e. Auto dealers with volumes of 300-400 units per month - 500/600 prospects | August 30, 2002 |
| Conduct focused, phased direct mail campaign | Begin September 1, 2002 |
| Complete initial phase of sales campaign | December 15, 2002 |
| Reevaluate Strategic Sales Campaign and adjust if necessary | December 30-31 |

**Automotive Goals and Objectives:**

- Contact 15 national megamalls and 15 volume auto dealers (2 per week)
- Secure two new business appointments per week
- Sell at least $300,000 in software and services

Case No. 1:07-cv-00729-RPM Document 12-3 filed 05/07/07 USDC Colorado pg 11 of 14



Insurance Campaign

| Task | Date |
|---|---|
| Meet with John Raines and confirm willingness to act as SME | August 2, 2002 |
| Complete interview with John Raines | August 2, 2002 (?) |
| Schedule Business Process Analysis (Jen Eckleberry) for a more complete understanding of the return on investment | N/a |
| Create industry specific marketing collateral and submit to SME for review | August 30, 2002 |
| Solicit referrals from SMEs to begin "warm" calls to top prospects on direct mail list | August 15, 2002 |
| Create industry specific prospect list based on information gathered from SME (Access database provided by Jeanine) | August 20, 2002 |
| Conduct focused, phased direct mail campaign | Begin September 1, 2002 |
| Complete initial phase of sales campaign | December 15, 2002 |
| Reevaluate Strategic Sales Campaign and adjust if necessary | December 30-31 |

**Automotive Goals and Objectives:**

- Contact 30 State insurance commissions (2 per week)
- Secure two new business appointments per week
- Sell at least $300,000 in software and services

Online Traffic Accident Reports Campaign

| Task | Date |
|---|---|
| Meet with Jeff Maute and confirm willingness to act as SME | August 9, 2002 |
| Complete interview with Jeff Maute | August 2, 2002 (?) |
| Schedule Business Process Analysis (Jen Eckleberry) for a more complete understanding of the return on investment | August 16, 2002 |
| Create industry specific marketing collateral and submit to SME for review (including new SOW and Pricing) | August 30, 2002 |
| Solicit referrals from SMEs to begin "warm" calls to top prospects on direct mail list | August 15, 2002 |
| Create industry specific prospect list based on information gathered from SME (use OH-1 database and create new state highway patrol database - Heather) | August 15, 2002 |
| Conduct focused, phased direct mail campaign | Begin August 20, 2002 |
| Complete initial phase of sales campaign | December 15, 2002 |
| Reevaluate Strategic Sales Campaign and adjust if necessary | December 30-31 |

**Online Traffic Accident Reports Goals and Objectives:**

- Contact 20 State Highway Patrols and 20 metropolitan police agencies (2.5 per week)
- Secure two new business appointments per week
- Sell at least $200,000 in software and services

Financial Services Campaign

| Task | Date |
| --- | --- |
| Identify SME at COCC and confirm willingness to act as SME | August 30, 2002 |
| Complete interview with SME | September 15, 2002 |
| Schedule Business Process Analysis (Jen Eckleberry) for a more complete understanding of the return on investment | September 30, 2002 |
| Create industry specific marketing collateral and submit to SME for review | September 30, 2002 |
| Solicit referrals from SMEs to begin "warm" calls to top prospects on direct mail list | September 30, 2002 |
| Create industry specific prospect list based on information gathered from SME | September 30, 2002 |
| Conduct focused, phased direct mail campaign | October 1, 2002 |
| Complete initial phase of sales campaign | December 15, 2002 |
| Reevaluate Strategic Sales Campaign and adjust if necessary | December 30-31 |

**Financial Services Goals and Objectives:**

- Contact 25 financial services companies
- Secure two new business appointments per week
- Sell at least $200,000 in software and services

**Combined Tactical Plan:**

From the tactical standpoint, achieving an expected quota of $1.5 million in sales for the remainder FY2002 translates to monthly proposed dollars of $325K based on the historical success rate of 40% close on all proposed dollars.

$325K in proposed dollars translates to approximately one proposal per week depending on the size of the proposed installation.

To achieve expected revenue targets, closed sales must result in $130K per month or the equivalent of one 10-user system and one 5-user system or the sale of one new system and one upgrade per month.

Case No. 1:07-cv-00729-RPM Document 12-3 filed 05/07/07 USDC Colorado pg 13 of 14



Breaking down the sales process even more, to achieve sales targets, at least 2 appointments with new prospects should occur per week. These new appointments in tandem with ongoing meetings with qualified prospects will generate the necessary pipeline to achieve the proposed revenue target of $1.5 million in sales.

In turn the current calls to appointments ratio of 11 to 1 necessitates at least 25 prospecting calls per week or 5 prospecting calls per day to achieve the requisite number of appointments.

Interest Vision

Amortization Schedule

Loan or Annuity Variables:

| | | | |
|---|---|---|---|
| Start Date: | Mar 27, 2003 | End Date: | Feb 27, 2005 |
| Start Payment: | Mar 27, 2003 | No. of Payments: | 24 |
| Start Interest: | Mar 27, 2003 | Interest Rate: | 8.500 % |
| Payment Freq.: | Monthly | Initial Principal: | $111569.39 |
| Compound Freq.: | Monthly | Payment Amount: | $5037.15 |
| Days in Mo./Yr.: | Actual No. | Balloon: | $0.00 |
| Payment Mode: | In Advance | Amortization Method: | Simple Int. |

| No. | Date | Payment Amount | Interest Amount | Interest Rate/Yr. | Principal | Balance |
|---|---|---|---|---|---|---|
| 1 | Mar 27, 2003 | 5037.15 | 0.00 | 0.000 | 5037.15 | 106532.24 |
| 2 | Apr 27, 2003 | 5037.15 | 769.08 | 8.500 | 4268.08 | 102264.16 |
| 3 | May 27, 2003 | 5037.15 | 714.45 | 8.500 | 4322.70 | 97941.46 |
| 4 | Jun 27, 2003 | 5037.15 | 707.06 | 8.500 | 4330.09 | 93611.36 |
| 5 | Jul 27, 2003 | 5037.15 | 654.00 | 8.500 | 4383.15 | 89228.21 |
| 6 | Aug 27, 2003 | 5037.15 | 644.15 | 8.500 | 4393.00 | 84835.21 |
| 7 | Sep 27, 2003 | 5037.15 | 612.44 | 8.500 | 4424.71 | 80410.50 |
| 8 | Oct 27, 2003 | 5037.15 | 561.77 | 8.500 | 4475.38 | 75935.12 |
| 9 | Nov 27, 2003 | 5037.15 | 548.19 | 8.500 | 4488.96 | 71446.16 |
| 10 | Dec 27, 2003 | 5037.15 | 499.14 | 8.500 | 4538.01 | 66908.15 |
| SUBTOTAL: | | 50371.52 | 5710.28 | | 44661.24 | |
| 11 | Jan 27, 2004 | 5037.15 | 481.70 | 8.500 | 4555.45 | 62352.70 |
| 12 | Feb 27, 2004 | 5037.15 | 448.91 | 8.500 | 4588.25 | 57764.46 |
| 13 | Mar 27, 2004 | 5037.15 | 389.04 | 8.500 | 4648.11 | 53116.35 |
| 14 | Apr 27, 2004 | 5037.15 | 382.41 | 8.500 | 4654.74 | 48461.60 |
| 15 | May 27, 2004 | 5037.15 | 337.64 | 8.500 | 4699.51 | 43762.09 |
| 16 | Jun 27, 2004 | 5037.15 | 315.06 | 8.500 | 4722.09 | 39040.00 |
| 17 | Jul 27, 2004 | 5037.15 | 272.00 | 8.500 | 4765.15 | 34274.85 |
| 18 | Aug 27, 2004 | 5037.15 | 246.76 | 8.500 | 4790.39 | 29484.46 |
| 19 | Sep 27, 2004 | 5037.15 | 212.27 | 8.500 | 4824.88 | 24659.58 |
| 20 | Oct 27, 2004 | 5037.15 | 171.81 | 8.500 | 4865.34 | 19794.24 |
| 21 | Nov 27, 2004 | 5037.15 | 142.51 | 8.500 | 4894.64 | 14899.59 |
| 22 | Dec 27, 2004 | 5037.15 | 103.81 | 8.500 | 4933.34 | 9966.25 |
| SUBTOTAL: | | 60445.82 | 3503.92 | | 56941.90 | |
| 23 | Jan 27, 2005 | 5037.15 | 71.95 | 8.500 | 4965.20 | 5001.05 |
| 24 | Feb 27, 2005 | 5037.15 | 36.10 | 8.500 | 5001.05 | 0.00 |
| SUBTOTAL: | | 10074.30 | 108.05 | | 9966.25 | |
| GRAND TOTAL: | | 120891.64 | 9322.25 | | 111569.39 | |