# Exhibit 4

(to Plaintiff's Response in Opposition to Defendants'
Motion to Transfer Venue)



12/3/03

MIKE CHRETIEN

Hi DUANE,

Sorry I didn't get THIS OUT SOONER

ATTACHED ARE : COMMENTS DTD 10/9/02 AND
A REVISED PAYMENT SCHEDULE. Which are
ATTACHMENT TO OUR 10/16/22 STATUS REPORT

Hope you HAVE A HAPPY HOLIDAY SEASON.
Found out today THAT WE Received the
TIBURON Milwaukee PD SUB CONTRACT IN
THE OFFICE today ($400K).

Mike Chretien

520 · 818 · 9362