# Exhibit 5

(to Plaintiff's Response in Opposition to Defendants' Motion to Transfer Venue)



**intellinetics**
smarter documents, smarter business.

# Revised Purchase Agreement

| | |
|---|---|
| Date/Time: | 1/06/2007 |
| To: | Duane R. Robertson (via fax), cc: John Crist (via email) |
| From: | Tom Moss, Mike Chretien, Matt Chretien |
| Attachments | 1. P/L and Balance Sheet for 1/1/06 – 10/31/06<br>2. Accounting of balance due for Patent Purchase under existing Agreement |

## Context

We appreciate John's visit as it was the catalyst needed to deal with an issue that required attention. As indicated to John during the meeting, the Patent Purchase Agreement placed us in debt situation that we have been unable to work our way out of.

Further, we have been unable to attract investor's to change our undercapitalized business. You have reviewed our financials which speak for themselves. Our orientation is to achieve a result that is viable in light of our constraints.

We do not intend to continue a scenario which results in a deeper hole from which we have little hope of digging ourselves out of.

## Discovery

The responses to final discovery questions are provided below:

1. Please show us the calculations supporting the amounts you indicate on your balance sheet that you owe Duane.   See Attachment.

2. Please provide a "year to date" 2006 Income Statement and Balance Sheet.  See Attachment (through 10/31/06)

3. Please provide a breakdown of the amounts and the loan terms for the amounts owed to DCB and HNB.  HNB fully paid as of June 06, DCB - has a balance of $197K at the end of October.  Although there is not stated repayment schedule, it matures in May.  We have gotten it renewed the past two years, but recently began making nominal principal payments (~$1,000/month) in addition to the interest expense each month.

4. Please explain the Medical Insurance showing up on your 2004 and 2003 Tax Returns.  For a period of time, we continued The Avatar Corporation which was our original company when we started a business.

5. Please explain your Profit Sharing program that shows up in 2005 on your Tax Returns and the difference, if any, in the Employee Benefits Program that shows up on your Tax Return in 2002.   Different due to characterization change: '02 – Employee Benefits Program; '05 – Pension Plan.

6. Please provide me the current terms of your office lease.  Current Lease term: 7/11/03 – 1/31/10 Current Rent plus CAM charges – $8,640/mo.

7. Please propose a viable plan to resolve your debt with Duane.  See below.



# Revised Purchase Agreement

## Framework

- Intellinetics historical and anticipated financial model has not and will not enable it to amortize the debt incurred as a result of the Patent Purchase Agreement

- A new framework that Intellinetics can execute in light of its abilities is desired by both parties

- Major, sustained losses have made company valuation low and eliminated our ability to raise capital through equity

- A staged payment schedule that maps to Intellinetics modest growth plan is required

- A payment plan based upon our ability to pay is presented:

    | Months | Payment |
    |--------|---------|
    | 1-18   | $2,500  |
    | 19-36  | $3,500  |
    | 37-54  | $4,500  |
    | 55-72  | $5,500  |

- Total payout under this schedule     $279,000

- Other Ideas

    o Early payment incentive - 10% discount on total if paid out in less than 36 months

    o Reasonable grace period / interest rate if late