IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  07-cv-00729-RPM

DUANE ROBERTSON,

    Plaintiff,

vs.

THE AVATAR GROUP, INC., an Ohio corporation;
INTELLINETICS, INC., an Ohio corporation;
A. MICHAEL CHRETIEN, individually; and
MATTHEW L. CHRETIEN,

    Defendants.

## ORDER DENYING MOTION TO TRANSFER

This civil action was removed from the District Court, County of Jefferson, State of Colorado by the defendants based on diversity of citizenship jurisdiction under 28 U.S.C. § 1332.  The defendants filed a motion to transfer venue on April 16, 2007, asserting improper venue under 28 U.S.C. § 1391(a) because all of the defendants reside in or near Columbus, Ohio, justifying transfer under 28 U.S.C. § 1406.  The venue statute is not applicable in a removal case.  *Polizzi v. Cowles Magazines*, 3435 U.S. 663 (1952).

The defendants also seek to transfer venue to the Southern District of Ohio under 28 U.S.C. § 1404 for the convenience of parties and witnesses and in the interest of justice.  The defendants have failed to make a persuasive argument for such a discretionary transfer.  The plaintiff's claims are based on a contract and security

agreement and a promissory note.  The relevant witnesses are the parties in the case and while the defendants are conducting their business in Ohio the issues can be resolved by financial records which apparently are available electronically as shown in the spread sheets attached to the plaintiff's response to the defendants' motion.

It is therefore

ORDERED that the defendants' motion to transfer venue is denied.

DATED: May 23rd, 2007

                BY THE COURT:

                s/Richard P. Matsch

                _____
                Richard P. Matsch, Senior District Judge