## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00729-RPM

DUANE ROBERTSON,

     Plaintiff,

v.

THE AVATAR GROUP, INC., an Ohio corporation;
INTELLINETICS, INC., an Ohio corporation;
A. MICHAEL CHRETIEN, individually; and
MATTHEW L. CHRETIEN,

     Defendants.

---

## MOTION FOR STIPULATED PROTECTIVE ORDER

---

Pursuant to Federal Rule of Civil Procedure 26(c), the parties in the above-styled matter hereby collectively motion the Court to enter the attached Stipulated Protective Order, governing all disclosures and discovery taken pursuant to the Federal Rules of Civil Procedure in this action as more fully set forth in the Stipulated Protective Order.

DATED: May 31, 2007.

**SO STIPULATED:**


_____

Philip W. Bledsoe
Nicole A. Westbrook
Shughart Thomson & Kilroy, P.C.
1050 Seventeenth Street, Suite 2300
Denver, Colorado 80265

Telephone:  (303) 572-9300
Facsimile: (303) 572-7883
E-Mail: pbledsoe@stklaw.com
*Attorneys for Plaintiff*


_____

Randolph S. Dement
7720 East Belleview Avenue, Suite 350
Greenwood Village, Colorado 80111
Telephone:  (303) 721-7271
Facsimile:  (303) 779-6006

E-Mail: rdement@dementlaw.com
*Attorney for Defendants*