**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:                     June 4, 2007
Courtroom Deputy:   Bernique Abiakam
ECR Technician:      Kathy Terasaki

_____

Civil Action No. 07-cv-00729-RPM

DUANE ROBERTSON,                                                   Nicole Westbrook
                                                                                        Philip W. Bledsoe


        Plaintiff,

v.

THE AVATAR GROUP, INC., an Ohio corporation,
INTELLINETICS, INC., an Ohio corporation,
A MICHAEL CHRETIEN, individually, and
MATTHEW L. CHRETIEN,                                              Randolph S. Dement

        Defendants.
_____

### COURTROOM MINUTES
_____

**Scheduling Conference**

**10:56 a.m.     Court in session.**

Preliminary remarks by the Court.

Case discussion and review.

Discussion regarding settlement options and procedures.

The Court advises counsel regarding the procedure for obtaining a trial setting.

**ORDERED:     Scheduling Order approved.**

**11:08 a.m.     Court in recess.**
Hearing concluded.
Total time:12 minutes