**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 07-cv-00729-RPM

DUANE ROBERTSON,

      Plaintiff,

v.

THE AVATAR GROUP, INC., an Ohio corporation;
INTELLINETICS, INC., an Ohio corporation;
A. MICHAEL CHRETIEN, individually; and
MATTHEW L. CHRETIEN,

      Defendants.

**UNOPPOSED MOTION TO AMEND ANSWER**

Pursuant to D.C.COLO. LCivR 7.1 and Fed. R. Civ. P. 15(a), Defendants The Avatar Group, Inc., Intellinetics, Inc., A. Michael Chretien, and Matthew L. Chretien request that the Court accept their Amended Answer for filing, which amended pleading adds an affirmative defense based upon the Statute of Frauds in C.R.S. §38-10-112 (1)(a) & (b). As grounds, the Defendants state:

**CERTIFICATE**

1.    Undersigned counsel certifies that he conferred with opposing counsel in accordance with D.C.COLO.LCivR 7.1A and was advised that the Plaintiff would not object to the requested amendment. In an e-mail dated July 13, 2007, Plaintiff's counsel stated: "Provided that you amend your answer prior to our agreed deadline of July 19, 2007, we have no objection." (See attached Exhibit A).

1

**GROUNDS FOR MOTION**

2.	Defendants filed their Answer on April 16, 2007.  (Doc. 10).  Pursuant to the Scheduling Order, the deadline to amend the pleadings is July 19, 2007.  (Doc. 17 at p. 5, §7(a)).

3.	The Complaint alleges in part that Defendant Intellinetics is liable for breach of a patent purchase agreement and a security agreement executed by Defendant Avatar, which agreements are governed by Colorado law.  (Doc. 1-2 at ¶¶14-21).  Based upon the Plaintiff's Rule 26(a)(1) Disclosures and the Defendants' independent factual and legal research, it is submitted that the Statute of Frauds is an appropriate defense to the claim that Intellinetics is liable for contracts executed by Avatar, namely C.R.S. §38-10-112 (1)(a) & (b).

4.	Pursuant to Fed. R. Civ. P. 15(a), a party may amend his pleading by written consent of the adverse party or by leave of court, and leave shall be freely given when justice so requires.  Here, the Plaintiff has provided written consent as evidenced by the e-mail referenced in paragraph 1 above.

5.	The parties and the Court would not be prejudiced by the filing of an Amended Answer, with the only change from the original Answer being that the Statute of Frauds is added as an affirmative defense.  Moreover, Plaintiff has not yet taken depositions of the Defendants or undertaken written discovery, and the discovery cutoff is not until December 31, 2007.  (Sched. Ord. at pp. 5-6, §7(b) & (e)).

6.	The proposed Amended Answer is tendered contemporaneously.

**WHEREFORE,** Defendants request that the Court grant this Motion and accept the Amended Answer for filing as of the date of the Court's Order.

Dated this 16th day of July, 2007.

                                Respectfully submitted,


                                s/ Randolph S. Dement
                                Randolph S. Dement
                                7720 E. Belleview Avenue, Suite 350
                                Greenwood Village, Colorado  80111
                                Telephone:  303-721-7271
                                Facsimile:  303-779-6006
                                E-mail:  rdement@dementlaw.com
                                Attorney for Defendants

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 16, 2007, I electronically filed the foregoing **MOTION** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail address: Philip W. Bledsoe (pbledsoe@stklaw.com); and I hereby certify that I have served the document to the following non-CM/ECF participant in the manner indicated by the non-participant's name:

Nicole A. Westbrook (mail)
Shughart Thomson & Kilroy, P.C.
1050 Seventeenth Street, Suite 2300
Denver, Colorado  80265

    s/ Randolph S. Dement
    Randolph S. Dement
    7720 E. Belleview Ave., Suite 350
    Greenwood Village, Colorado  80111
    Telephone:  303-721-7271
    Facsimile:  303-779-6006
    E-mail:  rdement@dementlaw.com
    Attorney for Defendants