# Randolph S. Dement

**From:** Randolph S. Dement [rdement@dementlaw.com]
**Sent:** Monday, July 16, 2007 10:03 AM
**To:** Nicole A. Westbrook
**Cc:** mike@intellinetics.com; ssmith@slk-law.com
**Subject:** RE: Location of Depos

Nicole - Thank you for the professional response to my request about amending. RSD.

-----Original Message-----
**From:** Nicole A. Westbrook [mailto:nwestbrook@stklaw.com]
**Sent:** Friday, July 13, 2007 4:24 PM
**To:** Randolph S. Dement
**Cc:** Phil Bledsoe; Tamara Toles
**Subject:** RE: Location of Depos

Randy,

Thank you for the information. Depositions will be fine at your office for John and Duane. Provided that you amend your answer prior to our agreed deadline of July 19, 2007, we have no objection.

Thanks,
Nicole

Nicole Westbrook
Attorney At Law

Suite 2300
Denver, CO 80265
Phone:  720-931-8159
Fax:    720-489-3815
Email:  nwestbrook@stklaw.com

-----Original Message-----
**From:** Randolph S. Dement [mailto:rdement@dementlaw.com]
**Sent:** Friday, July 13, 2007 3:19 PM
**To:** Nicole A. Westbrook
**Cc:** ssmith@slk-law.com; mike@intellinetics.com
**Subject:** RE: Location of Depos

Nicole - Steve Smith is counsel for Intellinetics in Ohio. Here's his contact info.: Steven L. Smith, Shumaker Loop & Kendrick LLP, 41 S. High St., Suite 2400, Columbus OH 43215, (614) 463-9441. You should contact him directly to make arrangements for depositions at his office.

As for John Crist's deposition on Aug. 14 and Duane Robertson's depo. on Aug. 15, I plan on taking them at my office starting at 9:00 or 9:30. I'll let you know more particulars as we get closer to those dates.

On another note, my clients want to amend their answer to add an affirmative defense relative to the claim(s) against Intellinetics. The defense is the statute of frauds under C.R.S. Sec. 38-10-112 (1) (a) & (b), and relates

7/16/2007                                                                                          EXHIBIT A

to the claim(s) that Intellinetics has assumed the debt(s) of Avatar. Please let me know if you would object to amending the answer to include that defense, as I will be filing a motion to amend next week and need to put in a certificate of conferral.

Thanks, RSD.

-----Original Message-----
**From:** Nicole A. Westbrook [mailto:nwestbrook@stklaw.com]
**Sent:** Thursday, July 12, 2007 9:58 AM
**To:** Randolph S. Dement
**Cc:** Tamara Toles
**Subject:** Location of Depos

Randy,

Can you please give me the name of the firm at whose office we will be deposing the Chretiens and the address if you have it?

Thanks,
Nicole

Nicole Westbrook
Attorney At Law

Suite 2300
Denver, CO 80265
Phone:  720-931-8159
Fax:    720-489-3815
Email:  nwestbrook@stklaw.com

********************PRIVATE AND CONFIDENTIAL********************

This electronic message transmission and any files transmitted with it, are a communication from the law firm of Shughart Thomson & Kilroy, P.C. This message contains information protected by the attorney/client privilege and is confidential or otherwise the exclusive property of the intended recipient or Shughart Thomson & Kilroy. This information is solely for the use of the individual or entity that is the intended recipient. If you are not the designated recipient, or the person responsible for delivering the communication to its intended recipient, please be aware that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this electronic transmission in error, please notify by telephone (816-421-3355), collect or by electronic mail (<mailto:solutions@stklaw.com >solutions@stklaw.com ) and promptly destroy the original transmission. Thank you for your assistance.

NOTICE: The Missouri Bar and Missouri Supreme Court require all Missouri attorneys to notify e-mail recipients that e-mail is not a secure method of communication, that it may be copied and held by any computer through which it passes, and persons not participating in the communication may intercept the communication. Should you wish to discontinue this method of communication, please advise, and no further e-mail communication will be sent.