IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  07-cv-00729-RPM

DUANE ROBERTSON,

    Plaintiff,

vs.

THE AVATAR GROUP, INC., an Ohio corporation;
INTELLINETICS, INC., an Ohio corporation;
A. MICHAEL CHRETIEN, individually; and
MATTHEW L. CHRETIEN,

        Defendants.

---

ORDER GRANTING MOTION TO AMEND ANSWER

---

      Pursuant to the Unopposed Motion to Amend Answer (Doc. #19), filed on July 16, 2007, it is

      ORDERED that the motion is granted and the Clerk is directed to file the Amended Answer and Jury Demand (Doc. #20).

      DATED: July 17th, 2007

                                          BY THE COURT:

                                          s/Richard P. Matsch

                                          _____
                                          Richard P. Matsch, Senior District Judge