**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**Civil Action No. 1:07-CV-729-RPM**

**DUANE ROBERTSON,**

        **Plaintiff,**

**v.**

**THE AVATAR GROUP, INC., an Ohio corporation;
INTELLINETICS, INC., an Ohio corporation;
A. MICHAEL CHRETIEN, individually;
MATTHEW L. CHRETIEN, individually**,

        **Defendants.**

### NOTICE OF DEPOSITION

**TO ALL PARTIES AND COUNSEL OF RECORD**

Plaintiff Duane Robertson, by and through counsel, Shughart, Thomson & Kilroy, P.C., hereby gives notice that pursuant to Rule 30 of the Federal Rules of Civil Procedure, counsel for Plaintiff will take the deposition of **TOM MOSS**, on Wednesday, September 5, 2007, beginning at 9:00 a.m., at the offices of Shughart Thomson & Kilroy, P.C., 1050 17th Street, Suite 2300, Denver, Colorado 80265.  The deposition will be taken before a certified court reporter, authorized to administer oaths and take testimony and will continue until completed.

2095397.1

Dated: July 19, 2007.

          SHUGHART THOMSON & KILROY, P.C.

          s/ Philip W. Bledsoe
          Philip W. Bledsoe, No. 33606
          Nicole A. Westbrook, No. 34310
          *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing document, **NOTICE OF DEPOSITION** was filed electronically, on July 19, 2007, with notice of same being sent via electronic notification by the Court, to:

Randolph S. Dement
7720 E. Belleview Ave., Suite 350
Greenwood Village, Colorado  80111

ATTORNEY FOR DEFENDANTS

      /s/ Arlene Richerson
      ARLENE RICHERSON