## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00729-RPM

DUANE ROBERTSON,

Plaintiff,

v.

THE AVATAR GROUP, INC., an Ohio corporation;
INTELLINETICS, INC., an Ohio corporation;
A. MICHAEL CHRETIEN, individually; and
MATTHEW L. CHRETIEN,

Defendants.

---

### STIPULATED MOTION FOR EXTENSION OF TIME TO DESIGNATE EXPERTS

---

Pursuant to Fed. R. Civ. P. 6(b) and 26(a)(2) and D.C.COLO.LCivR 6.1, the parties in the above-styled matter hereby collectively motion the Court to grant the parties an extension of time to serve their expert disclosures.

The Scheduling Order provides that the parties shall designate experts by not later than Monday, October 15, 2007.  Recently, after taking depositions, the parties discovered additional software codes that were available for the parties to review.  These codes must be read and deciphered by specialists who can determine how they might apply to the patent in question in this matter.  Due to the nature and complexity of these codes and the fact that they were only recently discovered and cover approximately ten years of software technology, good cause exists for the parties to request an extension of time to provide disclosures from competent experts in the relevant field who are able to determine application of the codes to the patent at issue.

The parties respectfully request that the Court grant a modest extension of time through November 2, 2007 to serve their expert disclosures.  The parties have not previously requested or obtained an extension of time with respect to their disclosures.

No other changes to the Scheduling Order have been requested and it is anticipated that this extension of time will not alter other deadlines in the Scheduling Order.

A copy of this Stipulated Motion has been served on the parties in accordance with D.C.COLO.LCivR 6.1(D).

**SO ORDERED** this _____ day of _____ 2007.


_____
The Honorable Richard P. Matsch
United States District Judge


SO STIPULATED:


 _/s/ Philip W. Bledsoe_____
Philip W. Bledsoe
Nicole A. Westbrook
Shughart Thomson & Kilroy, P.C.
1050 Seventeenth Street, Suite 2300
Denver, Colorado 80265
Telephone:  (303) 572-9300
Facsimile:  (303) 572-7883
E-Mail:  pbledsoe@stklaw.com
*Attorneys for Plaintiff*

 _/s/ Randolph W. Dement_____
Randolph S. Dement
7720 East Belleview Avenue, Suite 350
Greenwood Village, Colorado 80111
Telephone:  (303) 721-7271
Facsimile:  (303) 779-6006
E-Mail:  rdement@dementlaw.com
*Attorney for Defendants*

CERTIFICATE OF SERVICE

I hereby certify that a copy of this Stipulated Motion has been served on the following parties by placing same in the United States mail, postage prepaid and properly addressed on this 15th day of October, 2007:

Duane Robertson
122 Loveland Way
Golden, Colorado  80401

A. Michael Chretien
Matthew L. Chretien
The Avatar Group, Inc.
Intellinetics, Inc.
2190 Dividend Drive
Columbus, Ohio  43228-3806

/s/ Arlene Richerson