IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  07-cv-00729-RPM

DUANE ROBERTSON,

    Plaintiff,

vs.

THE AVATAR GROUP, INC., an Ohio corporation;
INTELLINETICS, INC., an Ohio corporation;
A. MICHAEL CHRETIEN, individually; and
MATTHEW L. CHRETIEN,

        Defendants.

---

ORDER EXTENDING TIME TO DESIGNATE EXPERTS

---

Pursuant to the Stipulated Motion for Extension of Time to Designate Experts (Doc. #23), filed on October 15, 2007, it is

ORDERED that the motion is granted to and including November 2, 2007.

DATED: October 16th, 2007

        BY THE COURT:

        s/Richard P. Matsch

        _____
        Richard P. Matsch, Senior District Judge