IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

_____

ORDER FOR CALENDAR CALL
_____

Upon review of the files in the civil actions that are subject to this order, the Court has determined that trials should now be scheduled by convening a Calendar Call to be attended by trial counsel. Recognizing that discovery may not have been completed, that motions may be pending and that there have been no pretrial conferences held, the Court must depend upon counsel to provide necessary information in a **joint statement to be handed up when the case is called**. Accordingly, it is

ORDERED that counsel responsible for the trial of the cases on the attached list will appear at a Calendar Call on **February 29, 2008,** in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado, at the time designated.

In all cases, counsel are directed to meet at least 10 days before the Calendar Call and prepare a joint status statement answering the following questions:

Has all discovery been completed?

Is it reasonable to expect that counsel will agree on a pretrial order
without convening a pretrial conference?

Are any motions pending or contemplated?

Is this a jury trial?

What is the expected length of trial?

What is the probability of settlement?

These statements will be handed up at the Calendar Call, and will be considered in setting the trial date. Counsel responsible for the case must be present to respond to the court's questions. Trial dates are expected to be within six months of the Calendar Call.

Dated: January 14, 2008

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior District Judge

## CALENDAR CALL

February 29, 2008

### 8:00 a.m.

| | | |
|---|---|---|
| 06-cv-1735-RPM | DIANA MONTOYA v.<br>THE TRAVELERS INDEMNITY<br>  COMPANY OF CONNECTICUT | Lee A. Berish<br> David B. Gelman<br>Jennifer C. Madsen |
| 06-CV-1872-RPM-MEH | JACK MUST v.<br>AMERICAN FURNITURE WAREHOUSE<br>  CO. d/b/a AMERICAN FURNITURE<br>  WAREHOUSE | Ross B. H. Buchanan<br>Andrew W. Volin<br>Gary J. Benson |
| 06-cv-1893-RPM | LEO REFUERZO v.<br>JASON GALLEGOS and<br>JASON D. HINRICHS | David A. Lane<br>Marcel Krzystek<br>Heidi M. Miller |
| 06-cv-2239-RPM-CBS | THOMAS MARTINEZ v.<br>UNITED STATES OF AMERICA | Thomas A. Bulger<br>Mark S. Pestal |
| 06-cv-2578-RPM | HEATHER A. HEMBREE v.<br>BOARD OF COUNTY COMMISSIONERS,<br>  WELD COUNTY, COLORADO d/b/a<br>WELD COUNTY DIVISION OF HUMAN<br>  SERVICES' TRANSPORTATION DEPT. | Lonn M. Heymann<br>Thomas Lyons<br>Katherine M. L. Pratt |

### 8:30 a.m.

| | | |
|---|---|---|
| 07-cv-29-RPM | BUCK MALOY MELTON v.<br>CITY OF GUNNISON, COLORADO,<br>OFFICER RONALD MOORE, and<br>OFFICER GRACE COWAN | Sean McDermott<br>Eric M. Ziporin |
| 07-cv-170-RPM-CBS | RUSSELL A. PULS, JR. V.<br>LANDMARK COMMUNITY<br>  NEWSPAPERS, INC., and<br><br>LANDMARK COMMUNITY<br>  NEWSPAPERS OF COLORADO,<br>  INC. | Bruce G. Smith<br>William M. Furr<br>  Barbara A.<br>  Grandjean |
| 07-cv-355-RPM | LOREE McCORMICK-RICE and<br>CASSIDY RICE v.<br>CHARLES DeSHAZER and DILLON<br>  COMPANIES, INC., d/b/a KING<br>  SOOPERS, INC., and<br>  EARNEST SANDS | David A. Lane<br>Elisabeth Hunt White<br>Peter R. Morales<br>David R. Osborne<br>Stephen Higgins<br>Jonathan Streelman |

**8:30 a.m.**  (Cont'd)

| | | |
|---|---|---|
| 07-cv-371-RPM | CHARLES CARDWELL and<br>VICKI CALDWELL v.<br>THE COUNTY OF PARK,<br>FRED WEGENER,<br>MONTE GORE,<br>GREGORY S. FLINT,<br>STEVEN GROOME,<br>SHAWNA WHITEOWL and<br>MARK DAMON | James A. Reed<br>Andrew D. Ringel<br>Richard Lamphere<br>Stephen U. Mullens<br>Michael Obernesser<br>Dennis Hartley<br>Katherine M. L. Pratt |
| 07-cv-540-RPM-CBS | FREDERICK M. ANTHONY v.<br>EDWARD J. WALSH,<br>GARY LEV,<br>MICHAEL WALSH, and<br>WILD HORSE INVESTMENT PARTNERS,<br>  LLC | Phillip S. Lorenzo<br>Keith P. Ray<br>Hollie L. Wieland |
| 07-cv-551-RPM | STEVE A. BOSTWICK v.<br>UNION PACIFIC RAILROAD COMPANY | Fredric A. Bremseth<br>Jack David Robinson<br>Steven E. Napper<br>Mark C. Hansen |
| 07-cv-729-RPM | DUANE ROBERTSON v.<br>THE AVATAR GROUP, INC.,<br>INTELLINETICS, INC.,<br>A. MICHAEL CHRETIEN, and<br>MATTHEW L. CHRETIEN | Philip W. Bledsoe<br>Nicole A. Westbrook<br>Randolph S. Dement |
| 07-cv-922-RPM | REBECCA A. CAPPS v.<br>LEVEL 3 COMMUNICATIONS, LLC | John R Olsen<br>Meghan W. Martinez<br>Leah VanLandschoot |