. Chretien                                                                September 11, 2007

## Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

- - - - -

Duane Robertson,                :
    Plaintiff,            :
                     Case No. 07-CV-00729
    vs.                     :RPM/MJW
The Avatar Group, Inc.,         :
an Ohio corporation;
Intellinetics, Inc., an         :
Ohio corporation; A.
Michael Chretien,               :
individually; and
Matthew L. Chretien,            :
    Defendants.

- - - - -

DEPOSITION OF MATTHEW L. CHRETIEN

- - - - -

Taken at Shumaker, Loop & Kendrick, LLP
41 South High Street, Ste. 2400
Columbus, OH 43215
September 11, 2007, 1:43 p.m.

- - - - -

Spectrum Reporting LLC
333 Stewart Avenue, Columbus, Ohio 43206
614-444-1000 or 800-635-9071
www.spectrumreporting.com

- - - - -

## Page 2

APPEARANCES

ON BEHALF OF PLAINTIFF:

Shughart, Thomson & Kilroy, PC
1050 17th Street, Suite 2300
Denver, CO 80265
By Philip W. Bledsoe, Esq.

ON BEHALF OF DEFENDANTS:

Dement Law Offices
7720 E. Belleview Avenue, Suite 350
Greenwood Village, CO 80111
By Randolph S. Dement, Esq.

ALSO PRESENT

A. Michael Chretien

## Page 3

1             Tuesday Afternoon Session
2             September 11, 2007, 1:43 p.m.
3             - - - - -
4             S T I P U L A T I O N S
5             - - - - -
6      It is stipulated by counsel in attendance that
7  the deposition of Matthew L. Chretien, a Defendant
8  herein, called by the Plaintiff for cross-
9  examination, may be taken at this time by the
10 notary pursuant to notice; that said deposition
11 may be reduced to writing in stenotypy by the
12 notary, whose notes may thereafter be transcribed
13 out of the presence of the witness; that proof of
14 the official character and qualification of the
15 notary is waived.
16            - - - - -

## Page 4

                     I N D E X

Examination By                                                Page
Mr. Bledsoe - Cross                                              5

Exhibits                                                      Page

55   2003 and 2004 tax returns                                   6

56   2002 tax returns                                            6

57   2001 tax returns                                            6

58   2000 tax returns                                            6

59   Four-page document of books and records                     8
     for Intellinetics as of October 31st,
     2006

60   Intellinetics custom transaction detail                    12
     report, 12/7/06

(Exhibits retained by counsel.)

Matthew L. Chretien                                           September 11, 2007

33
1  Q.       All right.  And that's Mr. Smith?
2  A.       Correct.
3  Q.       I'm not asking for what he did or
4  didn't say, because I'm not entitled to know it.
5  But is it your testimony today you don't remember
6  whether or not he reviewed it at all?
7  A.       That's correct.  I do not recall his
8  involvement in that process.
9  Q.       All right.  You do recall an
10 understanding that you were guaranteeing the
11 payment obligations that are set out in that
12 agreement?
13 A.       I do.
14 Q.       Do you ever recall having any
15 discussions, with your dad or anybody else at
16 Intellinetics of Ohio, about obligations to
17 generate gross revenues, minimum gross revenues?
18 A.       Not since the suit was filed.
19 Q.       I'm asking before the suit was filed.
20 A.       No.
21 Q.       Before the suit was filed, when was the
22 last time you took a look at this document or a
23 copy of the patent purchase and royalty agreement?
24 A.       Probably at the time it was filed in

34
1  our filing cabinet.  Shortly after the agreement
2  was signed.
3  Q.       In October of 2000, the promissory note
4  was signed by Intellinetics, Inc., correct?
5  A.       Correct.
6  Q.       And that's Intellinetics of Ohio?
7  A.       Yes.
8  Q.       Now, I heard your father testify today
9  that Avatar is a wholly-owned subsidiary of
10 Intellinetics.  Is that your belief as well?
11 A.       Right.  It's a separate entity owned by
12 Intellinetics.
13 Q.       All right.  At some point, I take it
14 that Avatar was owned by yourself and your father
15 and perhaps some others?
16 A.       Correct.
17 Q.       And that stock was conveyed or
18 transmitted when Intellinetics opened?
19 A.       No.
20 Q.       How did the stock of Avatar get
21 transferred to Intellinetics?
22 A.       It was a corporate resolution or action
23 that's a matter of record, but I don't recall the
24 timing of that.

35
1  Q.       All right.  And let me make sure I'm
2  following you, because I may not be.
3           At one point you owned some stock of
4  Avatar?
5  A.       Correct.
6  Q.       You don't own any stock of Avatar
7  anymore; is that right?
8  A.       That's correct.
9  Q.       All of the stock ownership of Avatar is
10 now owned by Intellinetics of Ohio?
11 A.       That's correct.
12 Q.       Did you sell your stock to
13 Intellinetics?
14 A.       I do not recall the terms of that
15 transfer.
16 Q.       All right.  Did you pay anything for
17 the stock of Intellinetics that you have?
18 A.       Yes.
19 Q.       All right.  What did you pay for it?
20 A.       That's in the articles, but I don't
21 recall.
22 Q.       And is it your testimony you don't
23 recall whether you were paid anything for your
24 Avatar shares when they were transferred, however

36
1  that was accomplished, to Intellinetics?
2  A.       That's correct.  I don't remember the
3  terms of that transaction.
4  Q.       All right.  But it ought to be
5  reflected in the corporate records of
6  Intellinetics and Avatar?
7  A.       Correct.
8  Q.       Exhibit 41 was marked this morning.  If
9  you would find that.  Hopefully they're in order.
10 A.       Okay.  Yes.  Got it.
11 Q.       Exhibit 41 is a page out of your
12 website that discusses the products.  Actually, it
13 identifies the products.  Do you see that?
14 A.       I do.
15 Q.       And then if you would, behind this on
16 the web page, if you went down and clicked on
17 Intellivue, you'd get more of a definition -- more
18 explanation about Intellivue.  And this page that
19 we saw today, Exhibit 41, makes a statement that
20 Intellinetics software uses our patented
21 innovative mass storage algorithm.
22          You recall hearing about that this
23 morning, correct?
24 A.       Correct.

Matthew L. Chretien                                                                                              September 11, 2007

```
                                              41
 1   $200,000 --
 2   A.          No.
 3   Q.          -- from any other source?
 4   A.          No.
 5   Q.          In this memorandum of October, you're
 6   projecting sales to be $1,700,000 for 2000?
 7   A.          Yes.
 8   Q.          According to the 2000 tax return that's
 9   been provided, the sales figure that I see is
10   $442,000.  Correct?
11   A.          Yes.
12   Q.          As of October of 2000, you were
13   reporting to Mr. Robertson, in connection with
14   this $300,000 loan request, sales to date of just
15   over $1 million, correct?
16   A.          Yes.
17   Q.          Would you agree with me that $442,000
18   is approximately $560,000 less than a million
19   dollars?
20   A.          Yes.  I believe that number in the memo
21   is a combination of Avatar and Intellinetics, and
22   that's just Intellinetics.
23   Q.          Do you know whether or not you have
24   provided any documentation in the course of
```

```
                                              42
 1   disclosures in this case that reflects Avatar's
 2   revenues?
 3   A.          Yeah, we've provided copies of Avatar
 4   tax returns and Intellinetics tax returns, to my
 5   knowledge.  I'm not sure of the date of when they
 6   were collapsed into one entity, but there would be
 7   at least two different returns until that
 8   occurred.
 9   Q.          You don't recall when that would be?
10   A.          No.
11   Q.          Do you know whether or not you have
12   provided us any QuickBook information for Avatar?
13   A.          I know that we have.  You have the
14   historical QuickBooks files for both companies.
15   Q.          Do you know what your sales were for
16   2000?  Do you recall?
17   A.          I do not.
18   Q.          At the time you were -- when you were
19   still separating revenue versus Avatar versus
20   Intellinetics, what was the determining factor?
21   A.          In general, the technology was
22   associated with Intellinetics, and the consulting,
23   professional services, custom components, were
24   associated with The Avatar Group.  That was kind
```

```
                                              43
 1   of the general breakdown.
 2   Q.          So software sales would typically be
 3   Intellinetics?
 4   A.          Correct, yes.
 5   Q.          I see that for tax year 2000 there's no
 6   compensation of officer line reported here for
 7   Intellinetics.  Do you see that?
 8   A.          Yes.
 9   Q.          And likewise, for 2001 I see no
10   compensation of officer line.
11   A.          The Avatar Group had all of the human
12   resource functions.
13   Q.          I'm getting there.  Whereas in 2002,
14   for the first time we see compensation of officers
15   of $354,000.
16               Would that refresh your recollection as
17   to when you combined the operations of the
18   entities?
19   A.          Yes.  It must have been prior to that.
20   Q.          Or during 2002?
21   A.          Yes.
22   Q.          Would you take a look at Exhibit
23   No. 54, which I believe is one you prepared.  Is
24   that right?
```

```
                                              44
 1   A.          Yes.
 2   Q.          Now all I have to do is find my copy of
 3   it.  You hold onto it.  I have it here somewhere.
 4   A.          I see it right there.
 5   Q.          You prepared this document, Exhibit 54?
 6   A.          Yes.
 7   Q.          When did you prepare it?
 8   A.          I prepared it -- well, I began
 9   preparation after the -- I began preparation
10   probably in March of this year, maybe late
11   February.
12   Q.          Do you remember when you were in grade
13   school and you had a math problem?
14   A.          Yeah.
15   Q.          You remember that?
16   A.          Yes, sir.
17   Q.          And the teacher would ask you to show
18   your work, not just write the right answer down?
19               If I was going to ask you to show your
20   work, what did you have in front of you when you
21   prepared this?
22   A.          There were three elements to the
23   process.  The first element was determining the
24   date of adopting new technology.  That allowed us
```

### Page 53

1  figure, and you get to 20 percent of 430 --
2  430,000 is your figure.
3         What was this previous payment that you
4  claim was made of 54,000?
5  A.      Oh, the --
6  Q.      The 35,000.
7  A.      That was a check that was provided to
8  Duane during a trip here. And I don't recall the
9  exact date, but it is an entry in one of the --
10 the Avatar QuickBooks database that you have.
11 Q.      And take a look at Exhibit 43. Do you
12 have any recollection -- and this is just for
13 purposes of refreshing your recollection -- of
14 when that $35,000 check was paid to Mr. Robertson?
15 A.      It's a matter of record in the Avatar
16 QuickBooks database that you have. And I don't
17 recall the date, but it was November -- I would
18 estimate it's November -- I'm going to guess
19 November of '98, thereabouts. But that's an
20 estimate.
21 Q.      Mr. Robertson has been out to Columbus
22 twice, to your recollection?
23 A.      Yes.
24 Q.      Have you also calculated an amount that

### Page 54

1  you believe is due and owing under the promissory
2  note?
3  A.      Yes. And I can't recall the exact
4  number. I don't have it in a document available,
5  but it's approximately a hundred thousand dollars.
6  Q.      Have you ever read the patent?
7  A.      Yes.
8  Q.      Anytime before this lawsuit was
9  initiated?
10         MR. DEMENT: I'm sorry, what was the
11 question?
12 A.      Yeah.
13         MR. BLEDSOE: I asked whether he had
14 ever read the patent. He said sure. And my
15 question was, was it before or after this lawsuit
16 was initiated.
17         THE WITNESS: I don't know if it
18 matters, but I said yes.
19 Q.      Okay.
20 A.      And not in its entirety.
21 Q.      All right. You don't purport to be an
22 expert in patents, do you?
23 A.      No. That's why we defer to the author
24 of the patent in making those assessments.

### Page 55

1  Q.      Did Mr. Moss get a paycheck missed at
2  the end of -- or the last part of 2006?
3  A.      Yes.
4  Q.      How many?
5  A.      One.
6  Q.      Was he unhappy about that?
7  A.      Evidently.
8  Q.      Has that payment since been made up to
9  him?
10 A.      Yes.
11 Q.      When?
12 A.      It went -- it processed last payroll.
13 Q.      Did he, at or around the time the
14 payment was missed, complain to you about having
15 that payment missed?
16 A.      Yes.
17 Q.      What do you recall him saying?
18 A.      Basically, that that wasn't helpful,
19 and he would like it made up as soon as operations
20 would permit.
21 Q.      Do you know what rev -- what were
22 revenues for 2006, approximately? It's not in
23 there.
24 A.      I would say approximately 1.4 million.

### Page 56

1  Maybe just shy of that.
2  Q.      And what are you anticipating revenues
3  to be this year?
4  A.      I would say revenues could increase
5  anywhere from maybe 15 to 25 percent. That would
6  be my estimate.
7  Q.      As we sit here today, going -- you
8  know, September of 2007, do you know what your
9  revenues are?
10 A.      I would say approximately maybe 1.4.
11 Q.      Or nearly what they were last year
12 already?
13 A.      Yes, yes.
14 Q.      Does -- do your revenues skew
15 seasonally for any reason?
16 A.      They do. The Ohio government
17 customers, they're on the June -- basically,
18 July 1 to June 30th fiscal, so our Ohio customers,
19 their maintenance cycle hits. So we get a --
20 July, there's a -- there's probably a bubble, an
21 increase in our maintenance revenue from our state
22 government customers, because July 1 it becomes
23 due. And then 30 to 60 days later, you get that
24 revenue. That's probably the biggest seasonal.