EXHIBIT A

US005408630A

# United States Patent [19]

## Moss

[11] Patent Number: 5,408,630
[45] Date of Patent: Apr. 18, 1995

[54] THREE-STATE VIRTUAL VOLUME SYSTEM FOR MANAGING DOCUMENT STORAGE TO PERMANENT MEDIA

[75] Inventor: Thomas D. Moss, Boulder County, Colo.

[73] Assignee: III G.I. Ltd., Golden, Colo.

[21] Appl. No.: 110,160

[22] Filed: Aug. 20, 1993

[51] Int. Cl.⁶ .................................... G06F 15/40
[52] U.S. Cl. .................................... 395/425; 395/600; 364/419.19; 364/283.1; 364/965.79; 364/DIG. 2; 364/DIG. 1
[58] Field of Search .................. 395/600, 425; 364/419.19

[56] References Cited

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,682,305 | 6/1987 | Ishikawa | 395/425 |
| 4,985,863 | 1/1991 | Fujisawa et al. | 395/600 |
| 5,161,214 | 11/1992 | Addink et al. | 395/145 |
| 5,187,750 | 2/1993 | Behera | 382/7 |
| 5,287,497 | 2/1994 | Behera | 395/600 |

### OTHER PUBLICATIONS

Thompson et al, "The Operation and Use of a 2 Terabyte Optical Archival Store", Ninth IEEE Symposium on Storage Systems, Storage Systems: Perspecties, 3 oct. 1988, pp. 88-92.

Primary Examiner—Paul V. Kulik
Assistant Examiner—Paul R. Lintz
Attorney, Agent, or Firm—Flehr, Hohbach, Test, Albritton & Herbert

[57] ABSTRACT

The virtual volume management system (VVM) is an improved method of managing document image files for transfer to CD-ROMs. The physical storage devices of a computer system are partitioned into logical volumes having a maximum capacity equal to the storage capacity of a single CD-ROM. One or more of these volumes are dedicated to a virtual volume set. The VVM software sets up and maintains data structures in the computer memory to maintain each of the volumes in the virtual volume set in one of three states: active, inactive, and locked. A volume in the active state is available to store document images files. Only one of the virtual volumes is active at any given time. The virtual volume management software transparently locks an active volume when it becomes full and selects another virtual volume in the inactive state as the new active volume. All data remains on-line for retrieval regardless of the state of the volume or transition of the volume to CD-ROM. After a volume fills, it's contents can be published directly to a CD-ROM or off loaded to some other media for transport to a CD-ROM publishing service. When a published CD-ROM replaces a filled volume, the document image files on that volume have their location updated to indicate their presence on the CD-ROM and the locked virtual volume is returned to the inactive state so that its storage space can be reused.

10 Claims, 4 Drawing Sheets



EXHIBIT A

A-5

ROB 0131