

## UNANIMOUS CONSENT OF SHAREHOLDERS
### OF
### III G. I. LTD.

The undersigned, being all of the shareholders of III G.I. Ltd., a Colorado corporation, d/b/a Intellinetics (the "Corporation"), acting without notice or a meeting, hereby waive notice and the holding of such meeting and consent to, adopt and vote in favor of the following resolutions:

WHEREAS, since Duane Robertson ("Robertson") has been a shareholder of the Corporation he has loaned significant amounts of money to the Corporation and guaranteed or co-signed other financial obligations of the Corporation; and

WHEREAS, as of June, 1996, the Corporation had three outstanding lines of credit in the aggregate amount of $280,000 (the 'Credit Lines") with First Bank of Colorado, N.A. (the "Bank") under Account Nos. 2165512247, 9291725 and 9579583, which Credit Lines would not have been available to the Corporation without Robertson signing as a co-borrower with the Corporation as required by the Bank; and

WHEREAS, the Corporation had drawn most of the amounts available to it under the Credit Lines and it was unable to repay the approximately $230,000 of Credit Lines which were due and payable to the Bank in June, 1996; and

WHEREAS, the Corporation, together with Robertson signing as a co-borrower as required by the Bank, extended the maturity date of the $230,000 of Credit Lines which were due in June, 1996, and increased the Credit Lines by an additional $15,000; and

WHEREAS, in consideration for Robertson's agreement to continue to act as co-borrower in connection with the Credit Lines, including the extension of the maturity date and increased amount to the Credit Lines, the Corporation has agreed to indemnify Robertson from and against any payments which he makes to the Bank in connection with the Credit Lines; and

WHEREAS, the Corporation has also agreed that its indemnification of Robertson shall be secured by a security interest in favor of Robertson in all of the tangible and intangible assets of the Corporation; and

WHEREAS, IBM, Kodak and Filenet performed extensive evaluations of the Corporation's U. S. Patent No. 5,408,630 ("Patent"), and each company individually refused to offer any financial consideration to the Corporation in return for the right to use the Patent, and after extensive effort on its part the Corporation has been unable to find a buyer for the Patent; and

WHEREAS, because of the lack of interest for the Patent by anyone else, the Corporation sold the Patent on June 27, 1996, to Robertson in exchange for $20,000; and

WHEREAS, the Corporation desires to elect and appoint Robertson as the sole director and President of the Corporation;

NOW, THEREFORE, BE IT RESOLVED, that the Corporation shall, with Robertson as co-borrower, increase to $45,000 and extend the maturity date to April 7, 1997, of its Credit Line Account No. 9579583 and extend the maturity date of its $200,000 Credit Line Account No. 2165512247 to June 20, 1997, and all actions taken by the Corporation in connection therewith are hereby ratified, confirmed and approved in all respects; and

FURTHER RESOLVED, that in consideration for Robertson's agreement to be a co-borrower on and extend and increase the Credit Lines, the Corporation shall indemnify Robertson from and against all payments, including costs and expenses in connection therewith, which he makes to the Bank in connection with the Credit Lines, and as security for such indemnification, the Corporation hereby grants to Robertson a security interest in all of the tangible and intangible assets of the Corporation; and

FURTHER RESOLVED, that the sale of the Patent from the Corporation to Robertson in consideration for $20,000 on June 27, 1996, is hereby ratified, confirmed and approved in all respects; and

FURTHER RESOLVED, that Frank Progar is terminated as President of the Corporation, and all directors other than Robertson are removed from the Board of Directors of the Corporation; and

FURTHER RESOLVED, that the Bylaws of the Corporation are hereby amended to provide that the Board of Directors of the Corporation shall consist of one director representing all class A and class B common stock shareholders of the Corporation, and as of the effective date hereof, Robertson shall be such sole director of the Corporation; and

FURTHER RESOLVED, that Robertson's position as Chief Executive Officer and Treasurer of the Corporation is hereby confirmed, and he is also hereby appointed as President of the Corporation, and Frank Progar is appointed as Secretary of the Corporation; and

FURTHER RESOLVED, that the officers of the Corporation are hereby authorized, empowered and directed to execute and deliver to Robertson the indemnification agreement, security agreement, financing statements and Patent transfer documents as contemplated hereby and to do any and all other acts or things and to sign all other documents, agreements and instruments necessary to accomplish the purposes and intent of the foregoing resolutions.

K:\DAWN\ROBERTSO\UNAN.CON                                    2

ROB 0568

Dated, effective as of June 27, 1996.

| SHAREHOLDERS: | NUMBER OF SHARES: |
|---|---|
| Duane Robertson | 55,000 |
| Kyle Robertson | 10,000 |
| Frank Progar | 7,500 |
| Deborah Progar | 7,500 |
| Susan Progar | 2,500 |
| Jeffrey Progar | 2,500 |
| Steven Progar | 2,500 |
| Kathryn Progar | 2,500 |
| Thomas Moss | 5,000 |
| Jim Smirlies by Duane Robertson pursuant to the attached Assignment of Shareholders Voting Rights | 5,000 |

K:\DAWN\ROBERTSO\UNAN.CON                3

ROB 0569