**Randolph S. Dement**

**From:** Randolph S. Dement [rdement@dementlaw.com]
**Sent:** Wednesday, September 19, 2007 4:26 PM
**To:** Arlene Richerson
**Cc:** Phil Bledsoe
**Subject:** RE: Letter from Phil Bledsoe dated today

Phil - I have forwarded the attached letter to my clients and Mr. Moss to get the source codes downloaded onto a disc or discs for production as "CONFIDENTIAL MATERIAL". The info. will be provided as soon as I receive it, and I did request of my clients and Mr. Moss that it be downloaded ASAP. Thanks, RSD.

P.S. On another note, Mr. Robertson testified in his deposition about Exhibit 26, an unsigned copy of the Unanimous Consent of Shareholders of III G.I. Ltd. (relating to sale of the patent to Mr. Robertson). Your client has not produced a signed copy showing the shareholders' vote, approval, or consent to the sale, and Mr. Moss testified that he has never seen the document and does not recall signing it. Please produce a signed copy of the document, if one exists. Thanks, RSD.

-----Original Message-----
From: Arlene Richerson [mailto:aricherson@stklaw.com]
Sent: Tuesday, September 18, 2007 4:03 PM
To: rdement@dementlaw.com
Cc: Phil Bledsoe
Subject: FW: Letter from Phil Bledsoe dated today


Please see the attached letter from Mr. Bledsoe.   Thank you.


-----Original Message-----
From: Arlene Richerson [mailto:aricherson@stklaw.com]
Sent: Tuesday, September 18, 2007 2:56 PM
To: Arlene Richerson
Subject:


This E-mail includes attached file(s) sent from "DEN_SAVIN4090" (4090).

Scan Date: 09.18.2007 15:56:22 (-0500)

********************PRIVATE AND CONFIDENTIAL********************
This electronic message transmission and any files transmitted with it, are a communication from the law firm of Shughart Thomson & Kilroy, P.C. This message contains information protected by the attorney/client privilege and is confidential or otherwise the exclusive property of the intended recipient or Shughart Thomson & Kilroy. This information is solely for the use of the individual or entity that is the intended recipient. If you are not the designated recipient, or the person responsible for delivering the communication to its intended recipient, please be aware that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this electronic transmission in error, please notify by telephone (816-421-3355), collect or by electronic mail (<mailto:solutions@stklaw.com >solutions@stklaw.com ) and promptly destroy the original transmission. Thank you for your assistance.
 NOTICE: The Missouri Bar and Missouri Supreme Court require all Missouri attorneys to notify e-mail recipients that e-mail is not a secure method of communication, that it may be copied and held by any computer through which it passes, and persons not participating in the communication may intercept the communication.  Should you wish to discontinue this method of communication, please advise, and no further e-mail communication will be sent.