**COLORADO UCC-1**
Approved by Central Indexing System Board
Total Fee $16 ($15 Filing + $1 Surcharge)

**1ST DEBTOR**
SSN/FED Tax ID . 84-1233585    Check One: ☒ Business  ☐ Personal
Name (Last, 1st) . III G.I. LTD.
Street . 4955 MILLER STREET, SUITE 202
City, State, Zip . WHEAT RIDGE, CO   80033

962089397 C $16.00
SECRETARY OF STATE
11-27-96   14:29

For Filing Officer Use Only

**2ND DEBTOR**   ☐ Additional debtor(s) on attachment
SSN/FED Tax ID .    Check One: ☒ Business  ☐ Personal
Name (Last, 1st)
Street
City, State, Zip

**COUNTY WHERE 1ST DEBTOR RESIDES**
(Use 2 Digit Code From Instruction Page)
99

**CHECK IF APPLICABLE**
☐ This statement is to be filed in the real estate records ONLY.
☒ This statement is to be filed in UCC AND real estate records.
☐ The debtor is a transmitting utility.

**1ST SECURED PARTY**   ☐ Additional secured party on attachment
Name (Last, 1st) . ROBERTSON, DUANE
Street . 122 LOVELAND WAY
City, State, Zip . GOLDEN, CO   80401

**EFS FILING?**   ☐ Yes  ☐ No
(If non EFS filing, fill in collateral codes only)
(If EFS filing, enter County Code and effective dates)
(If EFS filing, and all years covered, leave dates blank)

**ASSIGNED PARTY**   ☐ Additional assigned party on attachment
Name (Last, 1st)
Street
City, State, Zip

| Collateral Code | County Code | From Date | To Date |
|---|---|---|---|
| 010 | | | |
| 015 | | | |
| 030 | | | |
| 034 | | | |
| 040 | | | |
| 500 | | | |
| 550 | | | |
| 575 | | | |
| 600 | | | |

**RETURN COPY TO**

Name . ANDREW L. PIDCOCK, ESQ.
Street . 1700 LINCOLN STREET, SUITE 1800
City, State, Zip . DENVER, CO   80203

**COMPLETE DESCRIPTION OF COLLATERAL**   Fold Here
(Description required only if collateral codes do not adequately describe collateral. Only first 250 characters will be entered into CIS data base)

SEE EXHIBIT A ATTACHED HERETO AND INCORPORATED HEREIN.

III G.I. LTD.
*[signature]*
Debtor Signature(s) (Optional)
DUANE ROBERTSON, PRESIDENT
Printed Name(s)
Title

*[signature]*
DUANE ROBERTSON
Secured Party Signature(s) (Optional)
Printed Name(s)
Title
Contact Phone & FAX

No. 682. Rev. 7-96.   FINANCING STATEMENT (UCC-1)   Bradford Publishing, 1743 Wazee St., Denver, CO 80202 — (303) 292-2500 — 6-96
(1) Secretary of State (Filing Officer)

A-8

Robertson 27
EXHIBIT
mts  8/15/07
AGREN BLANDO REPORTING

## EXHIBIT A

### Complete Description of Collateral

All of Debtor's right, title and interest (whether now existing or hereafter acquired and wherever located) in and to (a) all of Debtor's assets, personal property, goods, cash, accounts, accounts receivable, furniture, fixtures, equipment (including, without limitation, computers, computer equipment, the "IntelliVue" product and name, machinery, furniture, tools and other tangible property), inventory, leasehold improvements, contract rights (including its rights as lessee under all leases of real property), general intangibles, intellectual property (including its tradenames), customer lists, documents, instruments, chattel paper and deposit accounts; (b) all insurance proceeds of or relating to any of the foregoing; (c) all of Debtor's books, records, computer programs and data relating to any of the foregoing; and (d) all accessories and additions to, substitutions for and replacements, products and proceeds of, any of the foregoing.

962089397 C $16.00
SECRETARY OF STATE
11-27-96  14:29

3