IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00729-RPM

DUANE ROBERTSON,

    Plaintiff,

v.

THE AVATAR GROUP, INC., an Ohio corporation;
INTELLINETICS, INC., an Ohio corporation;
A. MICHAEL CHRETIEN, individually; and
MATTHEW L. CHRETIEN,

    Defendants.

## DEFENDANTS' RULE 26(a)(2) EXPERT DISCLOSURES

Defendants make the following Rule 26(a)(2) expert disclosures:

**A.  DISCLOSURE**

1.  Carl Oppedahl, Oppedahl Patent Law Firm LLC, 701 Granite Street, Suite 270, Frisco, Colorado 80443, (970) 468-8600. Mr. Oppedahl is an attorney practicing in the fields of patent, trademark, and copyright law. He is also a computer programmer and is technically trained in physics, electrical engineering, mathematics, and software engineering. The information required by Fed. R. Civ. P. 26 (a)(2) is provided in his attached report.

2.  Thomas D. Moss, 26100 Rangeview Drive, Kersey, CO 80644, (970) 356-8688. Mr. Moss was previously disclosed and was deposed by the Plaintiff. He is a software engineer for Intellinetics, is the inventor of the subject patent, and is the designer and developer of the software utilized by Intellinetics and previously Avatar. Mr. Moss has not been specially

A-9

retained and his duties as an employee of Intellinetics do not regularly involve giving expert testimony, however, his scientific, technical, and other specialized knowledge will assist the trier of fact to understand the evidence and to determine facts in issue. Therefore, information required by Fed. R. Civ. P. 26 (a)(2) is provided in his attached report.

B.  **CERTIFICATE**

Undersigned counsel certifies that to the best of his knowledge, information and belief, formed after a reasonable inquiry, this disclosure is complete and correct as of the date hereof.

Dated this 2nd day of November, 2007.

Respectfully submitted,

Randolph S. Dement
7720 E. Belleview Avenue, Suite 350
Greenwood Village, Colorado  80111
Telephone:  303-721-7271
Facsimile:  303-779-6006
E-mail:  rdement@dementlaw.com
Attorney for Defendants

2

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing **DISCLOSURES** has been served upon the following persons by placing same in the United States mail, first-class postage prepaid and properly addressed on this 2nd day of November, 2007:

Philip W. Bledsoe
Nicole A. Westbrook
Shughart Thomson & Kilroy, P.C.
1050 Seventeenth Street, Suite 2300
Denver, Colorado 80265

Randolph S. Dement
7720 E. Belleview Ave., Suite 350
Greenwood Village, Colorado 80111
Telephone: 303-721-7271
Facsimile: 303-779-6006
E-mail: rdement@dementlaw.com
Attorney for Defendants

## REPORT OF CARL OPPEDAHL

*Complete statement of my opinions and the basis and reasons therefor.*

In my opinion, the software as set forth in the "45" folder of the CD-ROM provided to me does not infringe any claim of United States Patent Number 5,408,630 ("the Patent").

In my opinion, the software as set forth in the "45" folder of the CD-ROM provided to me does not utilize the patented technology or the "patent rights" as defined in the Patent Purchase and Royalty Agreement nor any modification, improvement or continuation of the subject matter of any claim of the Patent or the "patent rights".

In my opinion, the software as set forth in the "5X" folder of the CD-ROM provided to me does not infringe any claim of United States Patent Number 5,408,630 ("the Patent").

In my opinion, the software as set forth in the "5X" folder of the CD-ROM provided to me does not utilize the patented technology or the "patent rights" as defined in the Patent Purchase and Royalty Agreement nor any modification, improvement or continuation of the subject matter of any claim of the Patent or the "patent rights".

In my opinion, the software as set forth in the "62" folder of the CD-ROM provided to me does not infringe any claim of United States Patent Number 5,408,630 ("the Patent").

In my opinion, the software as set forth in the "62" folder of the CD-ROM provided to me does not utilize any the patented technology or the "patent rights" as defined in the Patent Purchase and Royalty Agreement nor modification, improvement or continuation of the subject matter of any claim of the Patent or the "patent rights".

The basis and reasons for these opinions are my study of the patent claims, my study of the body of the patent, my study of the file wrapper of the patent, all as compared in detail with the source code in the three folders mentioned above. As for each claim of the patent, I identified at least one limitation of the claim that I was unable to find in the source code in the three folders mentioned above.

I further considered closely the language of the Patent Purchase and Royalty Agreement, reaching a view as to the meaning of particular portions thereof, in connection with the source code of the three folders mentioned above.

*The data or other information considered by me in forming my opinions.*

- Complaint, Amended Answer, Scheduling Order and Pacer report in civil action number 1:07-CV-729-RPM.
- US Patent Number 5,408,630 to Moss.
- File wrapper for US Patent Number 5,408,630.
- Patent Purchase and Royalty Agreement.
- Contract with Columbus Police Department dated February 10, 1998.
- USPTO snapshot of canceled trademarks.
- Transcript of the deposition of Thomas Moss on September 5, 2007 and exhibits thereto.
- Software as provided to me on CD-ROM in folder "42".

- Software as provided to me on CD-ROM in folder "45".
- Software as provided to me on CD-ROM in folder "5X".
- Software as provided to me on CD-ROM in folder "62".
- Conversations with Mr. Randy Dement and with Mr. Moss.
- Graphic illustrations from Mr. Moss.
- Source code fragments from Mr. Moss.

*Any exhibits to be used as a summary of or support for your opinions.*

- US Patent Number 5,408,630 to Moss.
- Excerpts from software in folder "42"
- Excerpts from software in folder "45"
- Excerpts from software in folder "5X"
- Excerpts from software in folder "62"

*My qualifications, including a list of all publications authored by me in the last ten years.*

My undergraduate degree is a BA in mathematics and physics from Grinnell College, in 1978.
My law degree is a JD from Harvard Law School, in 1981.

I serve as an adjunct professor at the University of Denver School of Law, teaching advanced patent law.

I was admitted to practice before the United States Patent and Trademark Office in 1987 and have practiced full time from then to the present exclusively in the field of patent, trademark, and copyright law.

I am admitted to practice before the Canadian Patent Office. I am admitted to practice before the Supreme Court of the United States, the Court of Appeals for the Federal Circuit, and several other federal Courts of Appeals. I am admitted to practice before the courts of the states of New York and Colorado.

I am a named inventor on at least six United States patents.

I have prosecuted more than one hundred US patent applications to issuance as US patents.

To the best of my present recollection, my publications within the past ten years are:

- *New Hazards Regarding Title and Security Interest Opinions*, Intellectual Property Today, July 2004, page 14.
- *"One-Click" Filing of Madrid Protocol Trademark Applications in the USPTO*, Intellectual Property Today, October 2003, page 20.
- *Electronic Filing of Information Disclosure Statements*, Intellectual Property Today, October 2002, page 10.
- *Maximizing Prospects of Pre-Grant Damages*, Intellectual Property Today, December 2001, page 14.
- *The Importance of Good Claims Upon Filing*, Intellectual Property Today, June 2001 page 35.
- *Electronic Filing of US Patent Applications*, Intellectual Property Today, January 2001 page 16.

- *Getting Signed Up for Access to the Patent Office Status of Your Pending US Patent Applications*, Intellectual Property Today, February 2000.
- *Filing A PCT Application May Lead To A Faster, Cheaper US Patent*, Intellectual Property Today, June 1999.
- *Recent Trademark Cases Examine Reverse Domain Name Hijacking*, 21 Hastings Comm/Ent L.J. 535 (1999)
- *Remedies in Domain Name Lawsuits: How is a Domain Name Like a Cow?*, 15 John Marshall Journal of Computer & Information Law 437 (1997)

Additional information concerning my background, qualifications and experience can be found at http://www.oppedahl.com .

*The compensation to be paid to me for my study and testimony.*

I am to be paid my regular billing rate of $500 per hour, plus expenses, for study time, testimony time, and travel time. Under certain circumstances, a discount of about 10% from my hourly charges is available for prompt payment.

*A listing of any other cases in which I have testified as an expert at trial or by deposition in the last four years.*

None.

*[signature: Carl Oppedahl]*

Carl Oppedahl

November 2, 2007

**REPORT OF THOMAS MOSS**

*Statement of my opinions and the basis and reasons therefor*

Software versions 4.5, 5.X, and 6.2, and all variations thereof, do not utilize the patented technology or the "Patent Rights" as defined in the Patent Purchase and Royalty Agreement.

Software versions 4.5, 5.X, and 6.2, and all variations thereof, do not utilize any modification, improvement, or continuation of the patented technology or the "Patent Rights."

Intellinetics and Avatar have not utilized the patented technology, the "Patent Rights", or any modification, improvement, or continuation thereof since at least February 10, 1998 when Intellinetics sold software version 4.5 to the Columbus Police Department. Prior to February 10, 1998 Intellinetics and Avatar utilized software version 4.2 and earlier versions.

The basis and reasons for my opinions are stated below, including in the transcript of my deposition testimony and my patent analysis and usage review dated 2/21/07.

*Data or other information considered by me in forming my opinions*

In forming my opinions, I utilized my general knowledge of software technology as well as my specific knowledge of the technology that is the subject of United States Patent Number 5,408,630, my specific knowledge of the software utilized by III G.I., Avatar, and Intellinetics, and my specific knowledge of the source codes for that software. I have also considered the following information: the Patent, the Patent Purchase and Royalty Agreement, the transcript of my deposition testimony, the exhibits introduced at my deposition including Depo. Ex. 37 (my patent analysis and usage review dated 2/21/07), the software versions that I provided on CD-ROM, the source codes and source code fragments for that software, my graphic illustrations, and the contract with the Columbus Police Department dated 2/10/98.

*Exhibits to be used as a summary of or support for my opinions*

See the documents and electronically stored information referenced above.

*My qualifications, including a list of all publications authored by me in the last ten years*

I graduated from the University of Wisconsin-Stevens Point in 1980, where I majored in mathematics and minored in computer science and graduated with a bachelor of science degree. My computer and software related employment is as follows: (a) 1981-Runzheimer International in Burlington, WI, software programmer and analyst; (b) 1982-Apple Computer Store in Dillon, CO, manager; (c) 1983 to 1993-Confidential Data Services in Lakewood, CO, senior software programmer, analyst, and developer; (d) 1993 through 1996, III G.I. Ltd. in Golden, CO, senior software developer and designer; (e) 1997 to present, Avatar Group and Intellinetics in Columbus, OH, software development, engineering, and research.

My areas of expertise are in software design, development, and architecture, as well as document imaging, databases, and operating systems. I am the inventor of United States Patent Number 5,408,630 and I am the person that developed and designed the software utilized by

1

Avatar and Intellinetics after Avatar purchased the Patent. I am also the person that developed and created the source codes for the software utilized by III G.I., Avatar and Intellinetics.

I have not authored any publications in the last ten years.

*The compensation to be paid to me for my study and testimony*

None.

*A listing of any other cases in which I have testified as an expert at trial or by deposition*

None.

Thomas D. Moss

November 2, 2007

2