FROM BALLARD SPAHR ANDREWS&INGERSOLL        (FRI) 4.23'99 12:09/ST. 12:06/NO. 4200000560 P 2

LAW OFFICES
## BALLARD SPAHR ANDREWS & INGERSOLL, LLP

1225 17TH STREET, SUITE 2300
DENVER, COLORADO 80202-5596
303-292-2400
FAX: 303-296-3956
LAWYERS@BALLARDSPAHR.COM

PHILADELPHIA, PA
BALTIMORE, MD
CAMDEN, NJ
MALVERN, PA
SALT LAKE CITY, UT
WASHINGTON, DC

ANDREW L. PIDCOCK
DIRECT DIAL: 303-299-7313
PIDCOCK@BALLARDSPAHR.COM

April 23, 1999

BY FACSIMILE - (303) 278-4580

Mr. Duane D. Robertson
122 Loveland Way
Golden, CO 80401

Re: Avatar

Dear Duane:

Set forth below as we discussed are some additional sentences to add to your letter to Mike Chretien.

> My agreement to this cap amount is in no way a waiver of my rights under the purchase agreement, of which as you know Avatar is currently in default. I would like Avatar to cure its defaults under that agreement and to thereafter remain in compliance. I will continue to reserve my rights to exercise all remedies as a result of any existing and future defaults by Avatar thereunder.

I understand that in addition to this language you will be readjusting upward the cap amount in order to take into consideration interest for future years prior to payout. Please call me with any questions or comments.

Very truly yours,

Andrew L. Pidcock

ALP/jkn

CO_DOCS_A 36896 v 1

Robertson
EXHIBIT 30
mts 8/15/07
AGREN BLANDO REPORTING

A-10

ROB 0194