**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 07-cv-00729-RPM

DUANE ROBERTSON,

    Plaintiff,

v.

THE AVATAR GROUP, INC., an Ohio corporation;
INTELLINETICS, INC., an Ohio corporation;
A. MICHAEL CHRETIEN, individually; and
MATTHEW L. CHRETIEN,

    Defendants.

## UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Pursuant to D.C.COLO. LCivR 6.1 and Fed. R. Civ. P. 6(b)(1)(A), Defendants The Avatar Group, Inc., Intellinetics, Inc., A. Michael Chretien, and Matthew L. Chretien request a modest enlargement of time, to and including February 25, 2008, within which to file their response to the Plaintiff's motion for partial summary judgment.  As grounds, Defendants state:

    1.    Undersigned counsel certifies that he conferred with opposing counsel in accordance with D.C.COLO.LCivR 7.1A and was advised that the Plaintiff does not oppose the requested enlargement of time.

    2.    Plaintiff filed a motion for partial summary judgment on January 31, 2008.  (Doc. 26).  Pursuant to D.C.COLO.LCivR 56.1A, the Defendants' response is otherwise due within 20 days after the date of the filing of the motion, i.e., by February 20, 2008.

3.      Defendants believe that three days are added to the 20 day response period as provided in ECF-Civ §(V)(G)(5), D.C.COLO.LCivR 5.6(C), and Fed. R. Civ. P. 6(d).  The three-day rule would make the Defendants' response due on February 23, 2008, a Saturday.

4.      Regardless whether the due date for the response is February 20 or three days thereafter, the Defendants need a modest enlargement of time to properly prepare and file an appropriate response to the motion for partial summary judgment.  Defendants' counsel has been working on a response but needs additional time to file the response, given the necessary factual and legal research involved.  Moreover, counsel is a sole practitioner and is juggling numerous other civil litigation matters with this one.

5.      It is submitted that the foregoing is good cause for an enlargement of time and that the parties and the Court would not be prejudiced.

6.      Defendants have not previously sought or obtained an enlargement of time with respect to a response to Plaintiff's motion for partial summary judgment.

7.      A copy of this Motion has been served on the Defendants and the Plaintiff's counsel in accordance with D.C.COLO.LCivR 6.1(E), as reflected on the attached certificate of service.

**WHEREFORE,** Defendants request that the Court grant this Motion and allow them an enlargement of time, to and including February 25, 2008, within which to file their response to Plaintiff's motion for partial summary judgment.

Dated this 20th day of February, 2008.

          Respectfully submitted,

          s/ Randolph S. Dement
          Randolph S. Dement
          7720 E. Belleview Avenue, Suite 350
          Greenwood Village, Colorado  80111
          Telephone:  303-721-7271
          Facsimile:  303-779-6006
          E-mail:  rdement@dementlaw.com
          Attorney for Defendants

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 20, 2008, I electronically filed the foregoing **MOTION** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses: Philip W. Bledsoe (pbledsoe@stklaw.com) and Nicole A. Westbrook (nwestbrook@stklaw.com); and I hereby certify that I have served the document to the following non-CM/ECF participants in the manner indicated by the non-participants' names:

The Avatar Group, Inc.
Intellenetics, Inc.
A. Michael Chretien
Matthew L. Chretien
2190 Dividend Drive
Columbus, Ohio  43228-3806
(all by mail)

          s/ Randolph S. Dement
          Randolph S. Dement
          7720 E. Belleview Ave., Suite 350
          Greenwood Village, Colorado  80111
          Telephone:  303-721-7271
          Facsimile:  303-779-6006
          E-mail:  rdement@dementlaw.com
          Attorney for Defendants