IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-00729-RPM

DUANE ROBERTSON,

    Plaintiff,

vs.

THE AVATAR GROUP, INC., an Ohio corporation;
INTELLINETICS, INC., an Ohio corporation;
A. MICHAEL CHRETIEN, individually; and
MATTHEW L. CHRETIEN,

        Defendants.

**Minute Order Entered by Senior Judge Richard P. Matsch:**

s/M. V. Wentz
 Secretary

    Defendants' Unopposed Motion for Enlargement of Time [29] is granted to and including February 25, 2008, within which to file their response to Plaintiff's motion for partial summary judgment.

DATED: February 21, 2007