IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00729-RPM

DUANE ROBERTSON,

Plaintiff,

v.

THE AVATAR GROUP, INC., an Ohio corporation;
INTELLINETICS, INC., an Ohio corporation;
A. MICHAEL CHRETIEN, individually; and
MATTHEW L. CHRETIEN,

Defendants.

_____

**PLAINTIFF'S NOTICE OF SETTLEMENT**
_____

Plaintiff, Duane Robertson, by and through his counsel, Shughart Thomson & Kilroy, P.C., hereby notifies the Court that the above-styled matter has reached settlement. Once the written agreement is finalized and signed, the parties shall submit a motion to dismiss to the Court.

The parties are currently scheduled to appear for Calendar Call February 29, 2008. In light of the settlement, the Plaintiff respectfully requests that this matter be removed from the Court's Calendar Call.

**2234307.1**

**DATED**: February 25, 2008.

                                                    Respectfully Submitted,

**SHUGHART THOMSON & KILROY, P.C.**

*Pursuant to C.R.C.P. 121 § 1-26, this document was E-Filed and/or E-Served via CourtLink, and a duly signed copy is on file and available for inspection at the offices of undersigned counsel.*

<u>/s/ Philip W. Bledsoe</u>
Philip W. Bledsoe, No. 33606
Nicole A. Westbrook, No. 34310
***Attorneys for Plaintiff***

**CERTIFICATE OF SERVICE**

  I hereby certify that a copy of the above and foregoing document, **PLAINTIFF'S NOTICE OF SETTLEMENT**, was filed electronically on the 25th day of February, 2008, with notice of same being sent via electronic notification by the Court, to:

Randolph S. Dement
7720 E. Belleview Ave., Suite 350
Greenwood Village, Colorado  80111

ATTORNEY FOR DEFENDANTS

                /s/ Heather Royall
                HEATHER ROYALL

**2234307.1**        3