# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00729-RPM

DUANE ROBERTSON,

    Plaintiff,

v.

THE AVATAR GROUP, INC., an Ohio corporation;
INTELLINETICS, INC., an Ohio corporation;
A. MICHAEL CHRETIEN, individually; and
MATTHEW L. CHRETIEN,

    Defendants.

## UNOPPOSED MOTION FOR ADDITIONAL ENLARGEMENT OF TIME

Pursuant to D.C.COLO. LCivR 6.1 and Fed. R. Civ. P. 6(b)(1)(A), Defendants The Avatar Group, Inc., Intellinetics, Inc., A. Michael Chretien, and Matthew L. Chretien request an additional enlargement of time, to and including March 10, 2008, within which to file their response to the Plaintiff's motion for partial summary judgment. As grounds, Defendants state:

    1.    Undersigned counsel certifies that he conferred with opposing counsel in accordance with D.C.COLO.LCivR 7.1A and was advised that the Plaintiff does not oppose the requested enlargement of time.

    2.    The parties have reached a settlement of this case as set forth in "Plaintiff's Notice of Settlement." (Doc. 31). The settlement terms are memorialized in e-mails between counsel, and a more formal written agreement settlement agreement is to follow. Once signed, the settlement agreement will result in a stipulation for dismissal of this case with prejudice.

1

3. Undersigned counsel is responsible for drafting the written agreement to be signed by the parties, as well as the Defendants' response to Plaintiff's motion for partial summary judgment. The response was initially due by February 23, 2008, but Defendants obtained an enlargement of time to and including February 25, 2008. (Docs. 29-30). The settlement was reached on February 22, 2008.

4. Undersigned counsel submits, and Plaintiff's counsel concurs, that it is more appropriate and efficient to work on drafting the settlement agreement instead of summary judgment matters. The signed settlement agreement and resulting dismissal of this action with prejudice would of course render moot the parties' competing summary judgment motions.

5. Counsel reasonably believes the settlement agreement can be finalized and signed, and a stipulation for dismissal filed, by March 7, 2008. If not, then under the circumstances March 10, 2008 would be an appropriate date on which to file a response to the motion for partial summary judgment if the need were to arise.

6. A copy of this Motion has been served on the Defendants and the Plaintiff's counsel in accordance with D.C.COLO.LCivR 6.1(E), as reflected on the attached certificate of service.

**WHEREFORE,** Defendants request that the Court grant this Motion and allow them an additional enlargement of time, to and including March 10, 2008, within which to file their response to Plaintiff's motion for partial summary judgment.

Dated this 25th day of February, 2008.

                                            Respectfully submitted,

                                            s/ Randolph S. Dement
                                            Randolph S. Dement
                                            7720 E. Belleview Avenue, Suite 350
                                            Greenwood Village, Colorado  80111
                                            Telephone:  303-721-7271
                                            Facsimile:  303-779-6006
                                            E-mail:  rdement@dementlaw.com
                                            Attorney for Defendants

## **CERTIFICATE OF SERVICE**

       I hereby certify that on February 25, 2008, I electronically filed the foregoing **MOTION** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses: Philip W. Bledsoe (pbledsoe@stklaw.com) and Nicole A. Westbrook (nwestbrook@stklaw.com); and I hereby certify that I have served the document to the following non-CM/ECF participants in the manner indicated by the non-participants' names:

The Avatar Group, Inc.
Intellenetics, Inc.
A. Michael Chretien
Matthew L. Chretien
2190 Dividend Drive
Columbus, Ohio  43228-3806
(all by mail)

                                            s/ Randolph S. Dement
                                            Randolph S. Dement
                                            7720 E. Belleview Ave., Suite 350
                                            Greenwood Village, Colorado  80111
                                            Telephone:  303-721-7271
                                            Facsimile:  303-779-6006
                                            E-mail:  rdement@dementlaw.com
                                            Attorney for Defendants