## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00729-RPM

DUANE ROBERTSON,

      Plaintiff,

v.

THE AVATAR GROUP, INC., an Ohio corporation;
INTELLINETICS, INC., an Ohio corporation;
A. MICHAEL CHRETIEN, individually; and
MATTHEW L. CHRETIEN,

      Defendants.

---

### STIPULATION FOR DISMISSAL WITH PREJUDICE

---

      Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Duane Robertson and Defendants

The Avatar Group, Inc., Intellinetics, Inc., A. Michael Chretien, and Matthew L. Chretien hereby

stipulate to the dismissal of this action with prejudice. All issues, claims, and controversies

between the parties and in this action have been resolved by compromise, settlement, and

release. No issues remain for adjudication. All court costs have been paid. Each party shall

bear his or its own costs and attorney's fees.

      Respectfully submitted this 10th day of March, 2008.

Philip W. Bledsoe
Shughart Thomson & Kilroy, P.C.
1050 Seventeenth Street, Suite 2300
Telephone: 303-572-9300
Facsimile: 303-572-7883
E-mail: pbledsoe@stklaw.com
Attorney for Plaintiff

Randolph S. Dement
7720 E. Belleview Avenue, Suite 350
Greenwood Village, Colorado 80111
Telephone: 303-721-7271
Facsimile: 303-779-6006
E-mail: rdement@dementlaw.com
Attorney for Defendants

1