# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00729-RPM

DUANE ROBERTSON,

Plaintiff,

v.

THE AVATAR GROUP, INC., an Ohio corporation;
INTELLINETICS, INC., an Ohio corporation;
A. MICHAEL CHRETIEN, individually; and
MATTHEW L. CHRETIEN,

Defendants.

---

## ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE

---

THIS MATTER having come before the Court upon the Stipulated Motion for Dismissal With Prejudice and being fully advised in the premises,

IT IS ORDERED that the Stipulated Motion for Dismissal With Prejudice, is **GRANTED**. This action is dismissed, with prejudice, subject to the terms of the Stipulated Motion for Dismissal With Prejudice, each party to pay their own attorney fees and costs.

SO ORDERED THIS ___ day of March, 2008.

Richard P. Matsch,
United States District Judge

2241332.1