IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-00729-RPM

DUANE ROBERTSON,

    Plaintiff,

vs.

THE AVATAR GROUP, INC., an Ohio corporation;
INTELLINETICS, INC., an Ohio corporation;
A. MICHAEL CHRETIEN, individually; and
MATTHEW L. CHRETIEN,

    Defendants.

---

## ORDER OF DISMISSAL

---

Pursuant to the Stipulation for Dismissal with Prejudice [35], filed on March 10, 2008, it is

ORDERED that this action is dismissed with prejudice, each party to bear their own costs and attorney's fees.

DATED: March 11th, 2007

                BY THE COURT:

                s/Richard P. Matsch
                _____
                Richard P. Matsch, Senior District Judge